Nov 22 2004 10:11AM  HP LASERJET 3330                                  p.2

11/18/2004 17:50 FAX 516 747 5024    LEED&MORELLI                      ☒003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JEFFREY S. VAUGHN, individually and on
behalf of those Class Members similarly situated,

              Plaintiffs,          Docket No. 04 CV 08391 (DLC)

  -against-

LEEDS, MORELLI & BROWN, P.C.,LEEDS,
MORELLI & BROWN, L.L.P., LEEDS &
MORELLI, LEEDS, MORELLI & BROWN,
PRUDENTIAL SECURITIES, INC., Successor
PRUDENTIAL FINANCIAL, INC, WACHOVIA
CORPORATION, WACHOVIA SECURITIES, LLC,      **STIPULATION**
LENARD LEEDS, STEVEN A. MORELLI, JEFFREY
K. BROWN, and JOHN DOES, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, ROBERT JOHN
VALLI, JR., DISCRIMINATION ON WALL
STREET, INC. and DISCRIMINATION ON WALL
STREET MANHATTAN, INC., and JOHN DOES,
ESQS, 1-10 and JANE DOES, ESQS., 1-10 a
fictitious designation for presently unknown licensed
attorneys, professionals and/or unknown persons or
entities,
              Defendants.
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/04
```

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their duly-authorized representatives, that defendants LEEDS MORELLI & BROWN, P.C.'s and JEFFREY K. BROWN's time to answer, move, or otherwise respond to plaintiff's complaint in this action be, and hereby is, extended from November 23, 2004 to and including January 12, 2005.

      IT IS FURTHER STIPULATED AND AGREED, by and between the parties and/or their duly-authorized representatives, that defendants LEEDS MORELLI & BROWN, P.C. and JEFFREY K. BROWN shall not assert, and hereby waive, any defense related to improper and/or ineffective service of the Complaint in the above-captioned action.

SO ORDERED:

_____
U.S.D.J.

November 29, 2004

Nov 22 2004 10:11AM  HP LASERJET 3330

11/19/2004 17:50 FAX 516 747 5024    LEEDS&MORELLI

p.3

☒004

Dated: Carle Place, New York
November 22, 2004

**LAW OFFICE OF CONSTANTINO FRAGALE**
Attorneys for Plaintiffs
575 White Plains Road
Eastchester, New York 10709
(914) 337-4001

By: _____
Constantino Fragale (CF9480)

**LEEDS MORELLI & BROWN, P.C.**
*Pro Se* Defendant
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550

By: _____
Jeffrey K. Brown

**JEFFREY K. BROWN**
*Pro Se* Defendant
One Old Country Road, Suite 347
Carle Place, New York 11514
(516) 873-9550

By: _____
Jeffrey K. Brown

**SO ORDERED:**

_____
Honorable Denise Cote
United States District Judge