_____(ᴜꜱᴇꜱ.

| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., Successor PRUDENTIAL FINANCIAL, INC., WACHOVIA CORPORATION, WACHOVIA SECURITIES, LLC, LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. and DISCRIMINATION ON WALL STREET MANHATTAN, INC.. AND JOHN DOES, ESQS, 1-10 and JANE DOES, ESQS., 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL CASE NO. 04-CV-08391 (DLC)<br><br>STIPULATION OF DISCONTINUANCE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/2/04 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff, JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated, and defendants WACHOVIA CORPORATION and WACHOVIA SECURITIES, LLC, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the

action, the above-captioned action is hereby discontinued against the defendants WACHOVIA CORPORATION and WACHOVIA SECURITIES, LLC, without prejudice, without costs to either party as against the other.

Dated: Eastchester, New York
November 18, 2004

_____
Kevin B. Hurley
Chief Litigation Counsel
Attorney for Defendants
Wachovia Securities, LLC and
Wachovia Corporation
901 East Byrd Street
Richmond, VA 23219
(804) 344-6297

_____
Costantino Fragale
Law Office of Costantino Fragale
Attorney for Plaintiff
575 White Plains Road
Eastchester, NY 10709
(914) 337-4001

SO ORDERED

_____
U.S.D.J.

December 2, 2004

2