UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated, ,

                Plaintiffs,

v.

LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS 7 MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC. Successor PRUDENTIAL FINANCIAL, INC., WACHOVIA CORPORATION, WACHOVIA SECURITIES, LLC, LENARD LEEDS, STEVEN A. MORELL, JEFFREY K. BROWN and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. and DISCRIMINATION ON WALL STREET MANHATTAN, INC. and JOHN DOES, ESQS. 1-10 and JANE DOES, ESQ. 1-10, a fictitious designation for presently unknown licensed attorneys, professionals and/or persons or entities, ,

                Defendants.

---

04 Civ. 08391 (DC)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/04

    WHEREAS counsel for plaintiff has informed counsel for defendants Prudential Securities, Inc. and Prudential Financial, Inc. that plaintiff intends to file and serve a first amended complaint; and

    WHEREAS the undersigned parties agree that the interests of economy and efficiency would be served by an adjournment of the time to answer or move with respect to the plaintiff's pleading until after service and filing of the first amended complaint.

WHEREAS plaintiff intends to file and service the first amended complaint on or before January 12, 2005; now, therefore,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendants Prudential Securities, Inc. and Prudential Financial, Inc. to file and serve an answer to the first amended complaint is extended through February 12, 2005. This is the first extension of such defendants' time to answer or move with respect to the amended complaint.

Dated: New York, New York
December 23, 2004

LAW OFFICE OF COSTANTINO FRAGALE

By: *Costantino Fragale*
Costantino Fragale (CF9480)
575 White Plains Road
Eastchester, New York 10709
(914) 337-4001

*Attorney for Plaintiffs*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

So ordered.

*Denise Cote*
December 29, 2004

By: *Gerard E. Harper*
Gerard E. Harper (GH0279)
1285 Avenue of the Americas
New York City, New York 10019-6064
(212) 373-3000

-and-

LOWENSTEIN SANDLER, P.C.
1330 Avenue of the Americas

2

New York, New York 10019

*Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.*

SO ORDERED:

_____
United States District Judge