```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JEFFREY S. VAUGHN, individually and on behalf
of those Class Members similarly situated,

                Plaintiffs,

-against-

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, LLP., LEEDS & MORELLI,
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., Successor PRUDENTIAL
FINANCIAL, INC., WACHOVIA CORPORATION,
WACHOVIA SECURITIES, LLC, LENARD LEEDS,
STEVEN A. MORELLI, JEFFREY K. BROWN, and
JOHN DOES, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, ROBERT JOHN VALLI, FR., DISCRIMINATION
ON WALL STREET, INC. and DISCRIMINATION ON WALL
STREET MANHATTAN, INC., AND JOHN DOES, ESQS,
1-10 a fictitious designation for presently unknown licensed
Attorneys, professionals and/or unknown persons or entities,

                Defendants.
-------------------------------------------------------X

Civil Case No.: 04 CV 08391

**STIPULATION**

**JUDGE: COTE**

      It is hereby stipulated and agreed by and between Liddle & Robinson, LLP, attorneys for plaintiffs Jeffrey Vaughn, individually and on behalf of those Class Members similarly situated and Litchfield Cavo, attorneys for Leeds, Morelli & Brown, P.C., that:

- The time to respond to plaintiffs' amended complaint is hereby extended to February 11, 2005 and

- This Stipulation hereby supersedes all previous stipulations.

*So ordered.*

*[signature]*
*January 12, 2005*

_____  
BLAINE H. BORTNICK  
Liddle Robinson, LLP  
Attorney for Plaintiff  
685 Third Avenue  
New York, New York  

Attorney No.: 3656

_____  
DANIEL T. HUGHES, ESQ.  
Litchfield Cavo  
Attorney for Leed, Morelli & Brown  
420 Lexington Avenue – Suite 1750  
New York, New York  

Attorney No.: 4622

**SO ORDERED:**

_____  
January 14, 2005