

# LIDDLE & ROBINSON, L.L.P.

### 685 THIRD AVENUE
### NEW YORK, N.Y. 10017

(212) 687-8500

FACSIMILE: (212) 687-1505

www.liddlerobinson.com

SAMUEL FINKELSTEIN (1906-1996)
MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
MICHAEL E. GRENERT
JAMES R. HUBBARD*
JEFFREY L. LIDDLE
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

*ADMITTED ONLY IN FLORIDA,
THE DISTRICT OF COLUMBIA
AND NORTH CAROLINA

AFFILIATE OFFICES:
THE LAW OFFICES OF JAMES R. HUBBARD
11300 U.S. HIGHWAY ONE, SUITE 303
NORTH PALM BEACH, FL 33408
(561) 615-8100

E-mail: bbortnick@liddlerobinson.com

ROBERT S. CLEMENTE
OF COUNSEL

DAVID I. GREENBERGER
DAVID MAREK
CANDACE M. AGIUTORI
LEILA I. NOOR
JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
JOHN A. KAROL
ALYSON C. BRUNS
LISA D. SIDMAN*

*NOT YET ADMITTED
TO THE BAR



January 18, 2005

**BY HAND**
The Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/05

Re:     Vaughn v. Leeds, Morelli & Brown, et al.
        04 Civ. 8391(DLC)

Dear Judge Cote:

        We represent the Plaintiff, Jeffrey Vaughn, in the above–referenced matter.  We write to request an adjournment of the January 21, 2005 initial pre-trial conference to March 4, 2005 at any time.  We seek this adjournment because lead trial counsel for the Plaintiff, Jeffrey L. Liddle, will be on trial in an arbitration hearing in Chicago in the matter of David M. Chacon v. Salomon Smith Barney, Inc. et al., NASD-DR No. 02-01128.  March 4 is the first Friday on which all counsel are available and not engaged in either court or before an arbitration tribunal.

        This is the first request for an adjournment of the initial pre-trial conference.  All counsel consent to this request.

*The conference is adjourned to March 4 at 10:00 am.*

*Denise Cote*

*Jan'y 19, 2005*

**LIDDLE & ROBINSON, L.L.P.**

The Hon. Denise Cote                              2                              January 18, 2005

Thank you for your consideration.

Respectfully submitted,

By: _____

Blaine H. Bortnick (BB 3686)

BHB:cs

cc:    Gerald E. Harper, Esq. (via facsimile / 212-373-2225)
       Daniel T. Hughes, Esq. (via facsimile / 212-434-0105)