UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated, ,

     Plaintiffs,

v.

LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS 7 MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC. Successor PRUDENTIAL FINANCIAL, INC., WACHOVIA CORPORATION, WACHOVIA SECURITIES, LLC, LENARD LEEDS, STEVEN A. MORELL, JEFFREY K. BROWN and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. and DISCRIMINATION ON WALL STREET MANHATTAN, INC. and JOHN DOES, ESQS. 1-10 and JANE DOES, ESQ. 1-10, a fictitious designation for presently unknown licensed attorneys, professionals and/or persons or entities, ,

     Defendants.

04 Civ. 08391 (DC)

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER
OR MOVE WITH RESPECT TO
THE COMPLAINT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/05

  WHEREAS counsel for plaintiff has informed counsel for defendants Prudential Securities, Inc. and Prudential Financial, Inc. that plaintiff intends to file and serve a first amended complaint; and

  WHEREAS the undersigned parties agree that the interests of economy and efficiency would be served by an adjournment of the time to answer or move with respect to the plaintiff's pleading until after service and filing of the first amended complaint.

WHEREAS the undersigned parties previously entered into an agreement and stipulation on December 22, 2004, in which plaintiff stated his intention to file and service the first amended complaint on or before January 12, 2005, and the undersigned counsel stipulated and agreed that the time for defendants Prudential Securities, Inc. and Prudential Financial, Inc. to file and serve an answer to the first amended complaint was extended through February 12, 2005.

WHEREAS a pre-trial conference is scheduled for March 4, 2005.

WHEREAS plaintiff intends to file and service the first amended complaint before the pre-trial conference on March 4, 2005, and; now therefore,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendants Prudential Securities, Inc. and Prudential Financial, Inc. to file and serve an answer to the first amended complaint is thirty days after service of plaintiff's first amended complaint. This is the second extension of such defendants' time to answer or move with respect to the amended complaint.

Dated: New York, New York
       February 8, 2005

                LIDDLE & ROBINSON LLP

                By: *Blaine Bortnick*
                    Blaine Bortnick (BB3686)
                    800 Third Avenue
                    New York, New York 10022
                    (212) 687-8500

                *Attorney for Plaintiffs*

So ordered.

*Denise Cote*
February 9, 2005

2

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP

By: /s/ Gerard E. Harper
Gerard E. Harper (GH0279)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

-and-

LOWENSTEIN SANDLER, P.C.
1330 Avenue of the Americas
New York, New York 10019

*Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.*

SO ORDERED:

_____
United States District Judge

3