| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated, | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK<br>: |
| Plaintiffs, | : CONSENT TO CHANGE OF ATTORNEY<br>:<br>: |
| vs. | :<br>:<br>: |
| LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., Successor PRUDENTIAL FINANCIAL, INC., WACHOVIA CORPORATION, WACHOVIA SECURITIES, LLC, LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. and DISCRIMINATION ON WALL STREET MANHATTAN, INC., AND JOHN DOES, ESQS, 1-10 and JANE DOES, ESQS., 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities, | : CIVIL CASE NO.  04-CV 08391<br>:<br>: JUDGE COTE<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | : |

We, the undersigned, do hereby consent and agree that Costantino Fragale, Esquire attorney of record for the Plaintiff, with offices located at 575 White Plains Road, Eastchester, New York 10709, be changed and that Liddle & Robinson, LLP, with offices located at 685 Third Avenue, New York, New York 10017, be substituted as attorney for JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated, the Plaintiff herein, in the place and stead of, Costantino Fragale,

Law Office of Costantino Fragale

Dated: February 23, 2004

Costantino Fragale (CF9480)
Retiring Attorney for Plaintiffs

Jeffrey Vaughn
475 Carlton Avenue
Apartment 5H
Brooklyn, New York 11328

STATE OF NEW YORK        )
                                              ss.:
COUNTY OF  Kings         )

On the __16__ day of February, 2005, before me personally came Jeffrey Vaughn to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

YITZCHOK RING
Notary Public, State Of New York
No. 01RI5015261
Qualified In Kings County
Commission Expres July 19, 2005

2