

2/24/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JEFFREY S. VAUGHN, individually and on behalf
of those Class Members similarly situated,

                  Plaintiffs,

-against-

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, LLP., LEEDS & MORELLI,
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., Successor PRUDENTIAL
FINANCIAL, INC., WACHOVIA CORPORATION,
WACHOVIA SECURITIES, LLC, LENARD LEEDS,
STEVEN A. MORELLI, JEFFREY K. BROWN, and
JOHN DOES, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, ROBERT JOHN VALLI, FR., DISCRIMINATION
ON WALL STREET, INC. and DISCRIMINATION ON WALL
STREET MANHATTAN, INC., AND JOHN DOES, ESQS,
1-10 a fictitious designation for presently unknown licensed
Attorneys, professionals and/or unknown persons or entities,

                  Defendants.

---------------------------------------------------------------x

Civil Case No.: 04 CV 08391

**STIPULATION**

**JUDGE: COTE**

It is hereby stipulated and agreed by and between Liddle & Robinson, LLP, attorneys for plaintiffs Jeffrey Vaughn, individually and on behalf of those Class Members similarly situated and Litchfield Cavo, attorneys for Leeds, Morelli & Brown, P.C., that:

- The time to respond to plaintiffs' amended complaint is hereby extended to 30 days after service of plaintiff's first amended complaint

- This Stipulation hereby supersedes all previous stipulations.

So ordered.

*Denise Cote*

February 23, 2005

_____
BLAINE H. BORTNICK
Liddle Robinson, LLP
Attorney for Plaintiff
685 Third Avenue
New York, New York

Attorney No.: BB 2686

_____
DANIEL T. HUGHES, ESQ.
Litchfield Cavo
Attorney for Leed, Morelli & Brown
420 Lexington Avenue – Suite 1750
New York, New York

Attorney No.: 4622

**SO ORDERED:**

_____