UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JEFFREY S. VAUGHN, individually and on  :   04 CIV. 8391 (DLC)
behalf of those class members similarly :
situated,                               :   ORDER
                                        :
            Plaintiff,                  :
                                        :
       -v-                              :
                                        :
LEEDS, MORELLI & BROWN, P.C., LEEDS,    :
MORELLI & BROWN, L.L.P., LEEDS &        :
MORELLI, LEEDS, MORELLI & BROWN,        :
PRUDENTIAL SECURITIES, INC., Successor  :
PRUDENTIAL FINANCIAL, INC. WACHOVIA     :
CORPORATION, WACHOVIA SECURITIES, LLC,  :
LENARD LEEDS, STEVEN A. MORELLI,        :
JEFFREY K. BROWN, and JOHN DOES, JAMES  :
VAGNINI, FREDERIC DAVID OSTROVE, ROBERT :
JOHN VALLI, JR., DISCRIMINATION ON WAL  :
STREET, INC. and DISCRIMINATION ONF     :
WALL STREET MANHATTAN, INC., and JOHN   :
DOES, ESQS. 1-10 and JANE DOES, ESQS.,  :
1-10 a fictitious designation for       :
presently and unknown licensed          :
attorneys, professionals and/or unknown :
persons or entities,                    :
                                        :
            Defendants.                 :
                                        :
-------------------------------------X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on March 4, 2005, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

    Plaintiff shall file his amended complaint by March 15,
2005.

Dated:    New York, New York
          March 4, 2005

                                      _____
                                             DENISE COTE
                                      United States District Judge