UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
JEFFREY S. VAUGHN, individually and on behalf of  :   Case No. 04 Civ. 8391 (DLC)
those Class Members similarly situated,           :
                                                  :   **NOTICE OF APPEARANCE**
                    Plaintiff,                    :
                                                  :
        -against-                                 :
                                                  :
LEEDS, MORELLI & BROWN, P.C., LEEDS,              :
MORELLI & BROWN, L.L.P., LEEDS & MORELLI,         :
LEEDS, MORELLI & BROWN, PRUDENTIAL                :
SECURITIES, INC., PRUDENTIAL FINANCIAL,           :
INC., WACHOVIA CORPORATION, WACHOVIA              :
SECURITIES, LLC, LENARD LEEDS, STEVEN A.          :
MORELLI, JEFFREY K. BROWN, JAMES                  :
VAGNINI, FREDERIC DAVID OSTROVE, ROBERT           :
JOHN VALLI, JR., DISCRIMINATION ON WALL           :
STREET, INC. DISCRIMINATION ON WALL               :
STREET, MANHATTAN, INC., JOHN DOES, 1-10          :
AND JANE DOES, 1-10 a fictitious designation for  :
presently unknown licensed attorneys, professionals :
and/or unknown persons or entities,,              :
                                                  :
                    Defendants.                   x
------------------------------------------------------------------

Please take notice that Blaine H. Bortnick, Esq., of Liddle & Robinson, L.L.P., 800 Third Avenue, New York, NY 10022, hereby appears on behalf of the plaintiff, Jeffrey Vaughn.

1

Dated: New York, NY
      March 7, 2005

                            Liddle & Robinson, L.L.P.

                            Blaine H. Bortnick (BB 3686)
                            Jeffrey L. Liddle (JL 8256)
                            Attorney for Plaintiffs
                            800 Third Avenue
                            New York, New York 10022
                            (212) 687-8500

Of Counsel:

Kenneth S. Thyne, Esq.
Angela M. Roper, Esq.
Roper & Twardowsky, LLC
77 Jefferson Place
Totowa, New Jersey 07512
(973) 790-4441

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JEFFREY S. VAUGHN, individually and on behalf of
those class members similarly situated,                              :   Case No. 04 Civ. 8391 (DLC)
                Plaintiff,                              :
                                                                                    :   Affidavit of Service
                -against-                                    :   By Mail

LEEDS, MORELLI & BROWN, P.C., LEEDS,                                 :
MORELLI & BROWN, L.L.P., LEEDS & MORELLI,                            :
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., PRUDENTIAL FINANCIAL,                              :
INC., WACHOVIA CORPORATION, WACHOVIA                                 :
SECURITIES, LLC, LENARD LEEDS, STEVEN A.                             :
MORELLI, JEFFREY K. BROWN, JAMES
VAGNINI, FREDERIC DAVID OSROVE, ROBERT                               :
JOHN VALLI, JR., DISCRIMINATION ON WALL
STREET, INC. DISCRIMINATION ON WALL                                  :
STREET, MANHATTAN, INC., JOHN DOES, 1-10                             :
AND JANE DOES, 1-10 a fictitious designation fro
presently unknown licensed attorneys, Professionals                  :
and / or unknown persons of entities,                                :

                Defendants.                              :
------------------------------------------------------------------- X

      The undersigned being duly sworn deposes and says:
 I am not a party to the action, am over 18 years of age and reside at 9 Armstrong Court, Norwalk, CT 06851. On March 8, 2005, I served the **NOTICE OF APPEARANCE on** the following:

   Gerard E. Harper, Esq.                          Daniel T. Hughes, Esq.
   Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.   Litchfield Cavo.
   1285 Avenue of the Americas                420 Lexington Avenue suite 400
   New York, New York 10019-6064             New York, New York 10170

   Constantino Fragale
   Law Office of Constantino Fragale
   575 White Plains Road
   Eastchester, NY 10709

The address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Sworn to before me
this 8th day of March, 2005.

_____
Notary Public

_____
Peter Jarrett

DAVID I. GREENBERGER
Notary Public, State of New York
No. 02GR6054336
Qualified in New York County
Commission Expires Jan. 29, 2007