UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JEFFREY S. VAUGHN, individually and on behalf
of those Class Members similarly situated,

                                 Plaintiffs,

      -against-

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, LLP., LEEDS & MORELLI,
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., Successor PRUDENTIAL
FINANCIAL, INC., WACHOVIA CORPORATION,
WACHOVIA SECURITIES, LLC, LENARD LEEDS,
STEVEN A. MORELLI, JEFFREY K. BROWN, and
JOHN DOES, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, ROBERT JOHN VALLI, FR., DISCRIMINATION
ON WALL STREET, INC. and DISCRIMINATION ON WALL
STREET MANHATTAN, INC., AND JOHN DOES, ESQS,
1-10 a fictitious designation for presently unknown licensed
Attorneys, professionals and/or unknown persons or entities,

                                 Defendants.
---------------------------------------------------------------x

Civil Case No.: 04 CV 08391

STIPULATION

JUDGE: COTE

      WHEREAS the parties previously entered into stipulations extending defendants' time to answer, move or otherwise respond to the First Amended Complaint to 30 days after service of the First Amended Complaint, each stipulation being "so ordered" by this Court on February 9, 2005 and February 23, 2005, respectively; and

      WHEREAS the Court subsequently ordered, on March 4, 2005, that plaintiff shall file his amended complaint by March 15, 2005; and

      WHEREAS defendants' time to respond is on or about April 15, 2005;

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendants to answer, move or otherwise respond to the First Amended Complaint is extended from April 15, 2005 to April 22, 2005.

Dated: April 13, 2005

*Blaine Bortnick*
BLAINE H. BORTNICK
Liddle Robinson, LLP
Attorney No.: BB-3686
Attorney for Plaintiff
685 Third Avenue
New York, New York
(212) 687-8500
*Attorneys for Plaintiff*

*Daniel T. Hughes*
DANIEL T. HUGHES, ESQ.
Litchfield Cavo, LLP
Attorney No.: DH- 4622
Attorney for Leed, Morelli & Brown
420 Lexington Avenue – Suite 1750
New York, New York 10170
(212) 434-0100
*Attorneys for Defendant Leeds, Morelli & Brown, P.C., and individual Defendant members or associates of Leeds, Morelli & Brown, P.C.*

*Beth Frank*
Beth Susan Frank
Attorney No.: BF- 0293
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
      -and-
Lowenstein Sandler, P.
1330 Avenue of the Americas
New York, NY 10019
*Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.*

**SO ORDERED:**

_____
U.S.D.J