UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC., DISCRIMINATION ON WALL STREET, MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,<br><br>                        Defendants | 04 Civ. 8391 (DC)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9 U.S.C. § 3, and upon the Amended Complaint in this matter, the Affirmation of Gerard E. Harper, Esq. sworn to April 22, 2005, together with the exhibit thereto, the accompanying memorandum of law, and all other papers and proceedings herein, Defendants Prudential Securities Inc. and Prudential Financial, Inc. (collectively "Defendants") shall move this Court, before the Honorable Denise Cote, on a date convenient to this Court, in Courtroom 11B of the United States Court House, 500

Pearl Street, New York, New York 10007, for an order compelling arbitration and dismissing the Amended Complaint with prejudice. The basis for the motion is set forth in the accompanying memorandum of law.

Defendants request oral argument on this motion.

Dated: April 22, 2005
   New York, New York

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *Beth Frank*
   Gerard E. Harper (GH0279)
   Theodore V. Wells (TW2830)
   Beth S. Frank (BF0293)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Prudential Securities Incorporated and Prudential Financial, Inc.*