UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

JEFFREY S. VAUGHN, individually and on behalf
of those Class Members similarly situated,

                     Plaintiffs,         Civil Case No.: 04 CV 08391

  -against-

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, LLP., LEEDS & MORELLI,
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., Successor PRUDENTIAL        NOTICE OF MOTION
FINANCIAL, INC., WACHOVIA CORPORATION,
WACHOVIA SECURITIES, LLC, LENARD LEEDS,
STEVEN A. MORELLI, JEFFREY K. BROWN, and
JOHN DOES, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, ROBERT JOHN VALLI, JR.,
DISCRIMINATION ON WALL STREET, INC. and
DISCRIMINATION ON WALL STREET
MANHATTAN, INC., AND JOHN DOES, ESQS,
1-10 a fictitious designation for presently unknown
licensed Attorneys, professionals and/or
unknown persons or entities,

                     Defendants.

--------------------------------------------------------------x

COUNSEL:

    PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and 9 U.S.C. § 3, the accompanying Memorandum of Law and the Declaration of Steven A. Morelli, dated April 22, 2005, with exhibits annexed thereto, and the pleadings and all prior papers and proceedings heretofore had herein, defendants Leeds, Morelli & Brown, P.C. (incorrectly sued herein as Leeds, Morelli & Brown, LLP, Leeds & Morelli, and Leeds, Morelli & Brown) (the "Leeds Firm") Lenard Leeds, Steven A. Morelli, Jeffrey K. Brown, James Vagnini, Frederic David Ostrove, and Robert John Valli, Jr. (the "Leeds Defendants"), by its attorneys, Litchfield Cavo, LLP, will move this Court, before the Honorable Denise Cote, United States

District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time set by the Court, for an order, dismissing the complaint or, in the alternative, staying this action, and awarding such other and further relief to the Leeds Defendants as this Court deems just and proper. The basis for the motion is set forth in the accompanying Memorandum of Law.

Pursuant to Local Civil Rule 6.1, all answering papers shall be served within ten business days after service of the moving papers.

Dated:  New York, New York
        April 22, 2005

                                    LITCHFIELD CAVO L.L.P.

                            By:     _____
                                    Daniel T. Hughes (DTH-4622)
                                    Attorneys for Defendants Leeds, Morelli
                                    & Brown, P.C. (incorrectly sued herein
                                    as Leeds, Morelli & Brown, LLP, Leeds
                                    & Morelli, and Leeds, Morelli & Brown),
                                    Lenard Leeds, Steven A. Morelli, Jeffrey
                                    K. Brown, James Vagnini, Frederic
                                    David Ostrove, and Robert John Valli, Jr.

To:  Blaine H. Bortnick
     Liddle Robinson, LLP
     Attorney for Plaintiff
     685 Third Avenue
     New York, New York
     (212) 687-8500

     Gerard Harper
     Paul, Weiss, Rifkind, Wharton & Garrison, LLP
     1285 Avenue of the Americas
     New York, NY 10019
     (212) 373-3000
             -and-
     Lowenstein Sandler, P.
     1330 Avenue of the Americas
     New York, NY 10019
     *Attorneys for Prudential Securities, Inc. and
     Prudential Financial, Inc.*

*AFFIDAVIT OF SERVICE*

STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NEW YORK )

    **AIDA JIMENEZ**, being sworn, deposes and says: I am not a party to the action, am over 18 years of age, reside in Bronx, New York, and am employed in the office of Litchfield Cavo.

    On the 22nd day of **April, 2005**, I served a true copy of the annexed **NOTICE OF MOTION, DECLARATION OF STEVEN MORELLI AND MEMORANDUM OF LAW**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known addressee(s) as indicated below:

TO:   Blaine H. Bortnick
       Liddle Robinson, LLP
       685 Third Avenue
       New York, New York
       (212) 687-8500

       Gerard Harper
       Paul, Weiss, Rifkind, Wharton & Garrison, LLP
       1285 Avenue of the Americas
       New York, NY 10019
       (212) 373-3000
          -and-
       Lowenstein Sandler, P.
       1330 Avenue of the Americas
       New York, NY 10019
       *Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.*

                                                        /s/ AIDA JIMENEZ

Sworn to before me this
22nd day of **April, 2005**

    /s/ Notary Public

                      JOSEPHINE CASORIA
                Notary Public, State of New York
                      No. 01CA5022698
                  Qualified in Nassau County
              Commission Expires Jan. 18, 20_06_