UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,

      Plaintiff,

-against-

LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. DISCRIMINATION ON WALL STREET, MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,

      Defendants.

--------------------------------------------------------------- x

Case No. 04 Civ. 8391 (DLC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Plaintiff's time to respond to Defendants' Motions to Dismiss is hereby extended to May 24, 2005 and replies, if any, are due June 10, 2005.

So ordered.

/s/ Denise Cote

May 6, 2005

Dated:    New York, New York
            May 4, 2005

LIDDLE & ROBINSON, L.L.P.

By: _____
Blaine H. Bortnick (BB 3686)
800 Third Avenue
New York, New York 10022
(212) 687-8500
Attorney for Plaintiffs

LITCHFIELD CAVO, L.L.P.

By: _____
Daniel T. Hughes (DH 4622)
420 Lexington Avenue-Suite 1750
New York, New York 10170
(212) 434-0100
Attorneys for Leeds, Morelli & Brown, P.C.
and individual defendant members or
associates of Leeds, Morelli, & Brown, P.C.

PAUL WEISS, RIFKIND WHARTON & GARRISON, L.L.P.

By: _____
Gerard E. Harper, Esq. (GH 0279)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.

SO ORDERED:

May _____, 2005        _____
                            U. S. D. J.