UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
JEFFREY S. VAUGHN, individually and on behalf  :
of those Class Members similarly situated,     :
                                               :
                    Plaintiff,                 :
                                               :
         -against-                             :
                                               :
LEEDS, MORELLI & BROWN, P.C., LEEDS,           :
MORELLI & BROWN, L.L.P., LEEDS &               :  Case No. 04 Civ. 8391 (DLC)
MORELLI, LEEDS, MORELLI & BROWN,               :
PRUDENTIAL SECURITIES, INC.,                   :
PRUDENTIAL FINANCIAL, INC., LENARD             :  NOTICE OF
LEEDS, STEVEN A. MORELLI, JEFFREY K.           :  CROSS-MOTION
BROWN, JAMES VAGNINI, FREDERIC DAVID           :
OSTROVE, ROBERT JOHN VALLI, JR.,               :
DISCRIMINATION ON WALL STREET, INC.            :
DISCRIMINATION ON WALL STREET,                 :  Oral Argument Requested
MANHATTAN, INC., JOHN DOES, 1-10 AND           :
JANE DOES, 1-10 a fictitious designation for   :
presently unknown licensed attorneys, professionals :
and/or unknown persons or entities,            :
                                               :
                    Defendants.                :
------------------------------------------------------------ X
```

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 4, the affidavit of Angela M. Roper, Esq., dated May 23, 2005, the accompanying Memorandum of Law, and all other papers and proceedings herein, plaintiff will move this Court, before the Honorable Denise Cote, on a date convenient to this Court, in Courtroom 11B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order directing service upon those defendants who have not yet been served, or, alternatively, for good cause shown, extending the period of service for those defendants not yet served. The basis for the motion is set forth in accompanying Memorandum of Law.

Plaintiff requests oral argument on this motion.

Dated: New York, New York
      May 24, 2005

LIDDLE & ROBINSON, L.L.P.

By:  /s/
    Blaine H. Bortnick (BH 3686)
    Jeffrey L. Liddle (JL 8256)
800 Third Avenue
New York, New York 10022
(212) 687-8500


TO:    PAUL WEISS, RIFKIND WHARTON & GARRISON, L.L.P.
       Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.
       1285 Avenue of the Americas
       New York, New York 10019-6064
       (212) 373-3000
       Attn: Gerard E. Harper, Esq.

       Daniel T. Hughes, Esq.
       Attorneys for Leeds, Morelli & Brown, P.C. and individual defendant members or
       associates of Leeds, Morelli, & Brown, P.C.
       420 Lexington Avenue-Suite 1750
       New York, New York 10170
       (212) 434-0100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,

Plaintiff,

-against-

LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC, DISCRIMINATION ON WALL STREET, MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,

Defendants.

NOTICE OF CROSS-MOTION

Attorneys for Plaintiff

**LIDDLE & ROBINSON, L.L.P.**
800 THIRD AVENUE
NEW YORK, NEW YORK 10022
(212) 687-8500