```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/05
```

(VTES.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JEFFREY S. VAUGHN, individually and on behalf         Civil Case No.: 04 CV 08391
of those Class Members similarly situated,

                          Plaintiffs,
    -against-                                                  **STIPULATION**

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, LLP., LEEDS & MORELLI,        **JUDGE: COTE**
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., Successor PRUDENTIAL
FINANCIAL, INC., WACHOVIA CORPORATION,
WACHOVIA SECURITIES, LLC, LENARD LEEDS,
STEVEN A. MORELLI, JEFFREY K. BROWN, and
JOHN DOES, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, ROBERT JOHN VALLI, FR., DISCRIMINATION
ON WALL STREET, INC. and DISCRIMINATION ON WALL
STREET MANHATTAN, INC., AND JOHN DOES, ESQS,
1-10 a fictitious designation for presently unknown licensed
Attorneys, professionals and/or unknown persons or entities,

                          Defendants.
----------------------------------------x

WHEREAS plaintiff cross-moved in this action, on or about May 24, 2005, and thereby also opposed certain arguments made by Leeds, Morelli & Brown, P.C., and individual Defendant members or associates of Leeds, Morelli & Brown, P.C. (the "Leeds Defendants") in their motion to dismiss the plaintiff's complaint, as filed on or about April 22, 2005; and

WHEREAS the Leeds Defendants' time to respond to the cross-motion is on or about June 3, 2005, and its time to reply on its motion to dismiss has been scheduled, by the parties, with Court approval, for June 10, 2005; and

WHEREAS this is the first request for an adjournment of the time to respond to plaintiff's cross-motion;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for the Leeds Defendants to oppose or otherwise respond to the cross-motion is extended from June 3, 2005 to June 10, 2005.

Dated: June 2, 2005

BLAINE H. BORTNICK
Liddle Robinson, LLP
Attorney No.: BB-3686
Attorney for Plaintiff
685 Third Avenue
New York, New York
(212) 687-8500
*Attorneys for Plaintiff*

KEVIN L. SPAGNOLI
Litchfield Cavo, LLP
Attorney No.: KS-1717
Attorney for Leeds, Morelli & Brown
420 Lexington Avenue – Suite 1750
New York, New York 10170
(212) 434-0100
*Attorneys for Defendant Leeds, Morelli & Brown, P.C., and individual Defendant members or associates of Leeds, Morelli & Brown, P.C.*

BETH SUSAN FRANK
Attorney No.: BF-0293
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
-and-
Lowenstein Sandler, P.
1330 Avenue of the Americas
New York, NY 10019
*Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.*

SO ORDERED:

_____
U.S.D.J.
June 6, 2005