UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,

                  Plaintiff,

v.

LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC., DISCRIMINATION ON WALL STREET, MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,

                  Defendants.

04 Civ. 8391 (DLC)

**STIPULATION AND ORDER**



IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that defendants' time to reply to plaintiffs' opposition papers and to oppose plaintiffs' cross motion in this action is hereby extended to and including June 17, 2005.

SO ORDERED:

_____
U.S.D.J.

June 14, 2005

Dated: New York, New York
June 10, 2005

LIDDLE & ROBINSON, L.L.P.

By: *Blaine H. Bortnick* (NRJ)
Blaine H. Bortnick (BB 3686)
800 Third Avenue
New York, New York 10022
(212) 687-8500
Attorney for Plaintiffs

LITCHFIELD CAVO, L.L.P.

By:_____
Daniel T. Hughes (DH 4622)
420 Lexington Avenue
Suite 1750
New York, New York 10170
(212) 434-0100
Attorneys for Leeds, Morelli
& Brown, P.C. and individual
Defendant members or
associates of Leeds, Morelli
& Brown, P.C.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, L.L.P.

By:_____
Gerard E. Harper (GH 0279)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.


SO ORDERED:


June ____, 2005                         _____
                                                U.S.D.J.

Dated: New York, New York
June 10, 2005

LIDDLE & ROBINSON, L.L.P.

By:_____
Blaine H. Bortnick (BB 3686)
800 Third Avenue
New York, New York 10022
(212) 687-8500
Attorney for Plaintiffs

LITCHFIELD CAVO, L.L.P.

By:_____
Daniel T. Hughes (DH 4622)
420 Lexington Avenue
Suite 1750
New York, New York 10170
(212) 434-0100
Attorneys for Leeds, Morelli
& Brown, P.C. and individual
Defendant members or
associates of Leeds, Morelli
& Brown, P.C.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, L.L.P.

By: _/s/ Gerard Harper_
Gerard E. Harper (GH 0279)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.


SO ORDERED:

June ____, 2005                              _____
                                                      U.S.D.J.

Dated: New York, New York
      June 10, 2005

LIDDLE & ROBINSON, L.L.P.

By:_____
Blaine H. Bortnick (BB 3686)
800 Third Avenue
New York, New York 10022
(212) 687-8500
Attorney for Plaintiffs

LITCHFIELD CAVO, L.L.P.

By:_____
Daniel T. Hughes (DH 4622)
420 Lexington Avenue
Suite 1750
New York, New York 10170
(212) 434-0100
Attorneys for Leeds, Morelli
& Brown, P.C. and individual
Defendant members or
associates of Leeds, Morelli
& Brown, P.C.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, L.L.P.

By:_____
Gerard E. Harper (GH 0279)
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
Attorneys for Prudential Securities, Inc. and Prudential Financial, Inc.

SO ORDERED:

June\_\_\_\_, 2005

                              _____
                                     U.S.D.J.