# LITCHFIELD
## CAVO
Attorneys at Law

**WRITER'S ADDRESS:**
420 Lexington Avenue
Suite 1750
New York, NY 10170
(212) 434-0102
(212) 434-0105 fax
email: hughes@litchfieldcavo.com

June 17, 2005



VIA HAND DELIVERY

The Honorable Denise L. Cote, U.S.D.J.
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007-1312

Re: **Vaughn vs. Leeds, Morelli & Brown et al.; Docket No. 04 CV 08391**

Dear Judge Cote:

  We represent the defendant Leeds, Morelli & Brown, P.C., and the individual defendant members and associates of Leeds, Morelli & Brown, P.C. (collectively, the "Leeds Defendants"), in the above matter. Pursuant to my telephone conversation yesterday with your secretary, Amanda, we write to request an extension of the page limitation for the Leeds Defendants' reply brief, which we are filing today. We respectfully request that the page limitation be extended from 10 pages to 20 pages. We have obtained the consent of co-defendant, Prudential, and while we have contacted plaintiff's counsel and expect him to also consent to our request, we have not heard back from him as of the writing of this letter.

  By way of explanation, the Leeds Defendant and Prudential separately filed motions to compel arbitration and to dismiss. Plaintiff responded with two separate 24-page opposition briefs, one directed at the Leeds Defendants and one directed at Prudential. The brief directed at the Leeds Defendants incorporates by reference a statement of facts and several arguments, which are contained solely in the brief directed at Prudential. Thus, the Leeds Defendants are required to reply to an opposition brief that is much longer than the Court's 25-page limit for such briefs. Plaintiff also filed a cross-motion directed at certain of the Leeds Defendants to which we must also respond.

| ILLINOIS | CONNECTICUT | WISCONSIN | NEW JERSEY | MASSACHUSETTS | NEW YORK |
|---|---|---|---|---|---|
| 303 W. Madison St. | 40 Tower Lane | 13555 Bishop's Court | 1930 East Marlton Pike, Ste Q2 | 6 Kimball Lane | 420 Lexington Avenue |
| Suite 300 | Suite 200 | Suite 230 | Cherry Hill, NJ 08003 | Suite 100 | Suite 1750 |
| Chicago, IL 60606 | Avon, CT 06001 | Brookfield, WI 53005-6224 | (K. Collins Man. Atty.) | Lynnfield, MA 01940 | New York, NY 10170 |
| (312) 781-6677 | (860) 255-5577 | (262) 784-8800 | (856) 854-3636 | (781) 309-1500 | (212) 434-0100 |
| (312) 781-6630 Fax | (860) 255-5566 Fax | (262) 784-8812 Fax | (856) 751-1230 Fax | (781) 246-0167 Fax | (212) 434-0105 Fax |

**LITCHFIELD CAVO**
Attorneys at Law

June 17, 2005
Page 2

    Accordingly, the Leeds Defendants respectfully request an extension of the page limit for its reply brief, as set by Your Honor's Individual Rules, from 10 pages to 20 pages, and ask that Your Honor "so order" our request by endorsing this letter in the space indicated below. No previous application for an extension of page limits has been made.

    Thank you for your consideration.

Respectfully Submitted

*Kevin L. Spagnoli* (signature)

Kevin L. Spagnoli

cc:    All parties

**SO ORDERED**

_____
The Honorable Denise L. Cote, U.S.D.J.

June 21, 2005