UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JEFFREY S. VAUGHN, individually and on  :
behalf of those class members similarly :
situated,                               :
                                        :
                    Plaintiff,          :      04 Civ. 8391 (DLC)
                                        :
          -v-                           :            ORDER
                                        :
LEEDS, MORELLI & BROWN, P.C., LEEDS,    :
MORELLI & BROWN, L.L.P., LEEDS &        :
MORELLI, LEEDS, MORELLI & BROWN,        :
PRUDENTIAL SECURITIES, INC., PRUDENTIAL :
FINANCIAL, INC., LENARD LEEDS, STEVEN   :
A. MORELLI, JEFFREY K. BROWN, and JOHN  :
DOES, JAMES VAGNINI, FREDERIC DAVID     :
OSTROVE, ROBERT JOHN VALLI, JR.,        :
DISCRIMINATION ON WALL STREET, INC. and :
DISCRIMINATION ON WALL STREET           :
MANHATTAN, INC., and JOHN DOES, ESQS.   :
1-10 and JANE DOES, ESQS., 1-10 a       :
fictitious designation for presently    :
and unknown licensed attorneys,         :
professionals and/or unknown persons or :
entities,                               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/05

DENISE COTE, District Judge:

    Having reviewed letters from plaintiff, dated December 7 and

16, 2005 and from defendants, dated December 13, 14, 20, and two

dated December 15, 2005, it is hereby

    ORDERED that the case remains stayed and on the Court's

suspense docket pursuant to the Opinion and Order dated August

12, 2005.

SO ORDERED:

Dated:    New York, New York
          December 27, 2005

                                   _____
                                           DENISE COTE
                                   United States District Judge