UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

JEFFREY S. VAUGHN, individually and on behalf of : Case No. 04 Civ. 8391 (DLC)
those Class Members similarly situated,
: **NOTICE OF APPEAL**
Plaintiff,

-against-

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, L.L.P., LEEDS & MORELLI,
LEEDS, MORELLI & BROWN, PRUDENTIAL
SECURITIES, INC., PRUDENTIAL FINANCIAL,
INC., WACHOVIA CORPORATION, WACHOVIA
SECURITIES, LLC, LENARD LEEDS, STEVEN A.
MORELLI, JEFFREY K. BROWN, JAMES
VAGNINI, FREDERIC DAVID OSTROVE,
ROBERT JOHN VALLI, JR., DISCRIMINATION ON
WALL STREET, INC. DISCRIMINATION ON
WALL STREET, MANHATTAN, INC., JOHN
DOES, 1-10 AND JANE DOES, 1-10 a fictitious
designation for presently unknown licensed attorneys,
professionals and/or unknown persons or entities,,

Defendants.                               x
-------------------------------------------------------------------



FILED U.S. DC
APR 13 2006
S.D. OF N.Y.

Please take notice that Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order issued by the Hon. Denise L. Cote on March 20, 2006 which granted the motion to dismiss with respect to

defendants Lenard Leeds, Steven A. Morelli, James Vagnini, Frederic David Ostrove, and Robert John Valli, Jr., a copy of which is attached hereto.

Dated: New York, New York
April 12, 2006

                                     LIDDLE & ROBINSON, L.L.P.

                                     Blaine H. Bortnick (BB 3686)
                                     Jeffrey L. Liddle (JL 8256)
                                     Attorney for Plaintiffs
                                     800 Third Avenue
                                     New York, New York 10022
                                     (212) 687-8500

TO:    Gerard E. Harper, Esq.
         Paul Weiss, Rifkind Wharton & Garrison, L.L.P.
         1285 Avenue of the Americas
         New York, New York 10019-606

         Daniel T. Hughes, Esq.
         Attorneys for Leeds, Morelli & Brown, P.C.
         and individual defendant members or
         associates of Leeds, Morelli, & Brown, P.C.
         420 Lexington Avenue-Suite 1750
         New York, New York 10170
         (212) 434-0100