# LITCHFIELD CAVO
Attorneys at Law

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 1750
New York, NY 10170
(212) 434-0107
(212) 434-0105 fax
email: spagnoli@litchfieldcavo.com

June 29, 2006

VIA OVERNIGHT DELIVERY AND ELECTRONIC FILING
The Honorable Denise L. Cote, U.S.D.J.
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Vaughn vs. Leeds, Morelli & Brown et al.; Docket No. 04 CV 08391

Dear Judge Cote:

We represent the defendant Leeds, Morelli & Brown, P.C., and the individual defendant members and associates of Leeds, Morelli & Brown, P.C., herein.

We respectfully request, **upon consent**, a short extension of our time to respond to the Plaintiff's Motion pursuant Federal Rule 54(b), filed on or about June 16, 2006, from June 30, 2006, to July 7, 2006. No previous application for an extension of time has been sought.

Thus, we respectfully request that the Court grant the requested extension by endorsing this letter below, as "so ordered" by the Court. We also enclose a self-addressed stamped envelope, and respectfully request that the Court use this to return to us a conformed copy of the "so ordered" stipulation.

Thank you for your consideration.

Respectfully Submitted

Kevin L. Spagnoli

cc: All parties

**SO ORDERED**

_____
The Honorable Denise L. Cote, U.S.D.J.