# LITCHFIELD
## CAVO
Attorneys at Law

**MEMO ENDORSED**



June 29, 2006

<u>VIA OVERNIGHT DELIVERY AND ELECTRONIC FILING</u>
The Honorable Denise L. Cote, U.S.D.J.
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:  <u>Vaughn vs. Leeds, Morelli & Brown et al.: Docket No. 04 CV 08391</u>

Dear Judge Cote:

    We represent the defendant Leeds, Morelli & Brown, P.C., and the individual defendant members and associates of Leeds, Morelli & Brown, P.C., herein.

    We respectfully request, upon consent, a short extension of our time to respond to the Plaintiff's Motion pursuant Federal Rule 54(b), filed on or about June 16, 2006, from June 30, 2006, to July 7, 2006. No previous application for an extension of time has been sought.

    Thus, we respectfully request that the Court grant the requested extension by endorsing this letter below, as "so ordered" by the Court. We also enclose a self-addressed stamped envelope, and respectfully request that the Court use this to return to us a conformed copy of the "so ordered" stipulation.

    Thank you for your consideration.

Respectfully Submitted,

Kevin L. Spagnoli

*Granted. Reply is due July 14.*

*Denise Cote*
*June 30, 2006*

cc:  All parties

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
SO ORDERED DATE FILED: 6/30/06

The Honorable Denise L. Cote, U.S.D.J.

Chicago • Hartford • Boston • New York • New Jersey • Tampa • Milwaukee

www.litchfieldcavo.com