

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Sdny/nyny
04-cv-8391
Cote

------------------------------------------------ x
JEFFREY S. VAUGHN, individually and on
behalf of those Class Members similarly situated,

    Plaintiff,

-against-

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, L.L.P., LEEDS &
MORELLI, LEEDS, MORELLI & BROWN,
PRUDENTIAL SECURITIES, INC.,
PRUDENTIAL FINANCIAL, INC., LENARD
LEEDS, STEVEN A. MORELLI, JEFFREY K.
BROWN, JAMES VAGNINI, FREDERIC DAVID
OSTROVE, ROBERT JOHN VALLI, JR.,
DISCRIMINATION ON WALL STREET, INC.
DISCRIMINATION ON WALL STREET,
MANHATTAN, INC., JOHN DOES, 1-10 AND
JANE DOES, 1-10 a fictitious designation for
presently unknown licensed attorneys,
professionals and/or unknown persons or entities,,

    Defendants.
------------------------------------------------ x

Case No. 06-1768-CV



## STIPULATION WITHDRAWING PREMATURE APPEAL

    It appearing that the above appeal is premature because some claims are still pending in the District Court, i.e. dismissal of the Wachovia defendants was "without prejudice" (see *Chapelle v. Beacon*, 84 F.3d 652 (2d Cir. 1996)), claims against the Leeds firm and Brown are stayed pending arbitration, not dismissed, (see *Salim v. M/V Shropshire*, 278 F.3d 90 (2d Cir. 2002)), and the District Court's March 20, 2006 dismissal of certain individual defendants was not a final judgment for purposes of appeal

A TRUE COPY
Roseann B. MacKechnie, CLERK

DEPUTY CLERK

CERTIFIED:

7/11/06

and appellants having filed a motion in the District Court for FRCP 54(b) certification on June 16, 2006, which motion is now pending in the District Court, WHEREFORE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without prejudice to filing a new notice of appeal, and without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties, or granting certification, FRCP 54(b).

*[signature]*
Attorney for Appellant
Ethan A. Brecher
Liddle & Robinson, L.L.P.

*[signature]*
Attorney for Appellee
Daniel T. Hughes
Litchfield Cavo LLP

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *[signature]*
Stanley A. Bass, Staff Counsel

June 29, 2006