**MEMO ENDORSED**



# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

E-mail: bbortnick@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
JOHN A. KAROL
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIDMAN
DINA N. WEINBERG
DAVID H. FELDSTEIN

July 20, 2006

**BY HAND**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/06

Re:   Vaughn v. Leeds, Morelli & Brown, et al.;
      04 Civ. 8391(DLC)

Dear Judge Cote:

    We represent the Plaintiffs, Jeffrey Vaughn and all others similarly situated, in the above-referenced action.

    We request that the Defendants' untimely Objection to our "Motion to Direct Entry of Final Judgment under Fed. R. Civ. P. 54(b) of the Court's March 20, 2006 Order Dismissing Five Individual Defendants" (the "Motion") be disregarded by the Court, given that it was electronically filed on July 14, 2006, one week **after** the July 7, 2006 deadline set in the extension request that was Memo-Endorsed by the Court on June 30, 2006. (See attached Order.) As a consequence, we request that the Court only consider Plaintiffs' papers submitted in connection with the pending Motion .

LIDDLE & ROBINSON, L.L.P.

The Hon. Denise Cote                               2                              July 20, 2006

        In the alternative, we respectfully request, **upon consent**, a one week extension of our time to reply to Defendants' Opposition to the Motion from July 21, 2006, to July 28, 2006. No previous application for an extension of time has been sought.

Respectfully submitted,

By: _____
                      Blaine H. Bortnick (BB 3686)

cc:    Gerald E. Harper, Esq. (via facsimile / 212-373-2225)
        Daniel T. Hughes, Esq. (via facsimile / 212-434-0105)

**SO ORDERED**

_____
The Honorable Denise L. Cote, U.S.D.J.

*[Handwritten note:] The opposition was due July 7. Nonetheless, it shall be considered although filed late. Reply is due July 28.*

*/s/ Denise Cote*
*July 21, 2006*

 

June 29, 2006

**VIA OVERNIGHT DELIVERY AND ELECTRONIC FILING**
The Honorable Denise L. Cote, U.S.D.J.
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312



Re: Yanushevsky v. Leeds, Morelli & Brown et al., Docket No. 04-CV-8391

Dear Judge Cote:

We represent the defendant Leeds, Morelli & Brown, P.C., and the individual defendants as members and associates of Leeds, Morelli & Brown, P.C., herein.

We respectfully request, upon consent, a short extension of our time to respond to the Plaintiff's Motion pursuant to Federal Rule 54(b), filed on or about June 16, 2006, from June 30, 2006 to July 7, 2006. No previous application for an extension of time has been sought.

Thus, we respectfully request that the Court grant the requested extension by endorsing the letter below, as "so ordered" by the Court. We also enclose a self-addressed, postage-paid envelope and respectfully request that the Court use this to return to us a conformed copy of the "so ordered" stipulation.

Thank you for your consideration.

Respectfully Submitted,

Kevin L. Spagnoli

cc: All parties ELECTRONICALLY FILED

SO ORDERED: DATE FILED: 6/30/06

The Honorable Denise L. Cote, U.S.D.J.

Chicago • Hartford • Boston • New York • New Jersey • Tampa • Milwaukee

www.litchfieldcavo.com