UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. DISCRIMINATION ON WALL STREET MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,<br><br>     Defendants. | 04 Civ. 0839[1]<br><br>ORDER TO SHOW CAUSE ON DEFENDANTS' MOTION TO ENFORCE THE COURT'S PRIOR ORDERS COMPELLING ARBITRATION<br><br>See companion OTSC endorsement.<br><br>/s/ Denise Cote<br>Sept. 5, 2006 |

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/5/06]*

Upon the annexed Affidavit of Liza Velazquez and the exhibits attached thereto, and the accompanying memorandum of law, as well as all other papers and prior proceedings in this action, it is hereby:

ORDERED that Plaintiff or his attorneys show cause at a hearing to be held in this Court before the Honorable Denise L. Cote, United States District Judge, in courtroom ____ of the United States Courthouse, New York, New York, on _____, 2006, at __:__ _M, or as soon thereafter as counsel may be heard, why an order should not be entered enforcing this Court's August 12, 2005 and December 27, 2005 Orders (the "prior Orders") compelling Plaintiff Jeffrey S. Vaughn

("Plaintiff") to arbitrate the claims set forth in his Amended Complaint, filed March 15, 2005, against Defendants Prudential Securities, Inc. and Prudential Financial, Inc. ("Prudential") and finding that this Court's prior Orders represent the law of the case that Plaintiff may not relitigate here or elsewhere.

    IT IS FURTHER ORDERED Prudential shall serve by hand delivery upon Plaintiff's counsel a copy of this Order To Show Cause and the papers upon which it is based no later than __:__ _M on _____, 2006; that Plaintiff shall serve by hand delivery upon Prudential's counsel any opposition to the above motion no later than __:__ _M on _____, 2006; and that Prudential shall serve by hand delivery upon Plaintiff's counsel and reply in support of the above motion no later than __:__ _M on _____, 2006.

Dated: New York, New York
   _____, 2006

                 _____
                 U.S.D.J.