UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JEFFREY S. VAUGHN, individually and on   :
behalf of those class members similarly  :
situated,                                :
                                         :
              Plaintiff,                 :   04 Civ. 8391 (DLC)
                                         :
       -v-                               :   ORDER
                                         :
LEEDS, MORELLI & BROWN, P.C., LEEDS,     :
MORELLI & BROWN, L.L.P., LEEDS &         :
MORELLI, LEEDS, MORELLI & BROWN,         :
PRUDENTIAL SECURITIES, INC., PRUDENTIAL  :
FINANCIAL, INC., LENARD LEEDS, STEVEN    :
A. MORELLI, JEFFREY K. BROWN, and JOHN   :
DOES, JAMES VAGNINI, FREDERIC DAVID      :
OSTROVE, ROBERT JOHN VALLI, JR.,         :
DISCRIMINATION ON WALL STREET, INC. and  :
DISCRIMINATION ON WALL STREET            :
MANHATTAN, INC., and JOHN DOES, ESQS.    :
1-10 and JANE DOES, ESQS., 1-10 a        :
fictitious designation for presently     :
and unknown licensed attorneys,          :
professionals and/or unknown persons or  :
entities,                                :
                                         :
              Defendants.                :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

   For the reasons stated on the record at the conference held on September 5, 2006, it is hereby

   ORDERED that plaintiff's motion to direct entry of final judgment of the Court's March 20, 2006 Order under Rule 54(b), Fed. R. Civ. P. is denied.

SO ORDERED:

Dated:   New York, New York
         September 6, 2006

                              _____
                                    DENISE COTE
                              United States District Judge