**MEMO ENDORSED**

# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

E-mail: bbortnick@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA O. SIDMAN
DINA N. WEINBERG
DAVID H. FELDSTEIN
AMY L. STUTIUS*

*AWAITING ADMISSION TO THE BAR

March 15, 2007

**BY HAND**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Room 1040
New York, NY 10007


MAR 16 2007

Re:   Vaughn v. Leeds, Morelli & Brown, et al.;
      04 Civ. 8391(DLC)

Dear Judge Cote:

We represent the Plaintiff, Jeffrey Vaughn, in the above-referenced action, and we write in response to a request from your chambers for a status letter.

A hearing on this matter is scheduled for March 20, 2007, before an arbitration panel at the NASD. If you require any further information, we will be happy to oblige.

*Status letter is due by June 15, 2007.*

*Denise Cote*
*March 16, 2007*

Respectfully submitted,

By: _____
Blaine H. Bortnick (BB 3686)

cc:   Gerald E. Harper, Esq. and Liza Velazquez, Esq. (via facsimile / 212-757-3990)
      Shari Claire Lewis, Esq. (via facsimile / 516-357-3333)