UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
JEFFREY S. VAUGHN, individually and on                       :   Case No. 04 Civ. 8391 (DLC)
behalf of those Class Members similarly situated,            :
                                                             :   **NOTICE OF MOTION**
                    Plaintiff,                               :
                                                             :
            -against-                                        :
                                                             :
LEEDS, MORELLI & BROWN, P.C., LEEDS,                         :
MORELLI & BROWN, L.L.P., LEEDS &                             :
MORELLI, LEEDS, MORELLI & BROWN,                             :
PRUDENTIAL SECURITIES, INC.,                                 :
PRUDENTIAL FINANCIAL, INC., WACHOVIA                         :
CORPORATION, WACHOVIA SECURITIES,                            :
LLC, LENARD LEEDS, STEVEN A. MORELLI,                        :
JEFFREY K. BROWN, JAMES VAGNINI,                             :
FREDERIC DAVID OSTROVE, ROBERT JOHN                          :
VALLI, JR., DISCRIMINATION ON WALL                           :
STREET, INC. DISCRIMINATION ON WALL                          :
STREET, MANHATTAN, INC., JOHN DOES, 1-                       :
10 AND JANE DOES, 1-10 a fictitious                          :
designation for presently unknown licensed                   :
attorneys, professionals and/or unknown persons              :
or entities,,                                                :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ x

PLEASE TAKE NOTICE that, pursuant to the Federal Arbitration Act, 9 U.S.C. § 10, and Rule 6.1 of the Local Civil rules of the United States District Court for the Southern District of New York, and upon the accompanying Memorandum of Law and Affirmation of Blaine H. Bortnick dated August 2, 2007, the undersigned hereby seeks an order from this Court, Hon. Denise L. Cote, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, directing that the stay in this matter be lifted, and pursuant to the Federal

Arbitration Act, 9 U.S.C. § 10, and directing the vacatur of an arbitration award received by Plaintiff on May 11, 2007, concerning the arbitration between Plaintiff and Defendants, Leeds, Morelli & Brown, P.C., Prudential Securities, Inc., et al.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1, opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers.

Dated: New York, New York
August 2, 2007

Respectfully submitted,

LIDDLE & ROBINSON, L.L.P.

By: _____
Blaine H. Bortnick (BB 3686)
800 Third Avenue
New York, New York 10022
(212) 687-8500

Attorneys for Plaintiff

TO:   PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
      1285 Avenue of the Americas
      New York, NY 10019
      Attn: Gerard E. Harper, Esq., Liza Velazquez, Esq.

      RIVKIN RADLER LLP
      926 RexCorp Plaza
      Uniondale, New York 11556
      Attn: Shari Claire Lewis, Esq.