UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,<br><br>                Plaintiff,<br><br>-against-<br><br>LEEDS, MORELLI & P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., WACHOVIA CORPORATION, WACHOVIA SECURITIES, LLC, LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. DISCRIMINATION ON WALL STREET, MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,<br><br>                Defendants. | Case No. 04 Civ. 8391 (DLC)<br><br>**NOTICE OF APPEARANCE** |

        Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Prudential Securities, Inc. and Prudential Financial, Inc.

Dated:  August 17, 2007

                                            PAUL, WEISS RIFKIND, WHARTON &
                                            GARRISON LLP

                            By: /s/ Gerard. E. Harper
                                Gerard E. Harper
                                1285 Avenue of the Americas
                                New York, NY 10019-6064
                                (212) 373-3000

*Attorneys for Defendants Prudential Securities, Inc.* and *Prudential Financial, Inc.*

To:

Jeffrey L. Liddle
Blaine H. Bortnick
800 Third Avenue
New York, New York 10022

*Attorneys for Plaintiffs*

Daniel T. Hughes
420 Lexington Avenue
Suite 1750
New York, NY 10170

*Attorneys for Leeds, Morelli & Brown, P.C. and individual Defendant members or associates of Leeds, Morelli & Brown, P.C.*