

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY S. VAUGHN, individually and on
behalf of those Class Members similarly
situated,

                Plaintiff,

           v.

LEEDS, MORELLI & BROWN, P.C., LEEDS,
MORELLI & BROWN, L.L.P., LEEDS &
MORELLI, LEEDS, MORELLI & BROWN,
PRUDENTIAL SECURITIES, INC.,
PRUDENTIAL FINANCIAL, INC., LENARD
LEEDS, STEVEN A. MORELLI, JEFFREY K.
BROWN, and JOHN DOES, JAMES VAGNINI,
FREDERIC DAVID OSTROVE, ROBERT
JOHN VALLI, JR., DISCRIMINATION ON
WALL STREET, INC. DISCRIMINATION ON
WALL STREET MANHATTAN, INC., JOHN
DOES, 1-10 AND JANE DOES, 1-10 a fictitious
designation for presently unknown licensed
attorneys, professionals and/or unknown persons
or entities,

                Defendants.

---

04 Civ. 08391 (DLC)

**STIPULATION AND
PROPOSED ORDER**

---

WHEREAS, the parties desire to establish a schedule for the briefing of plaintiff's

motion to lift the pending stay in this matter and vacate the arbitration award dated May

10, 2007, and the filing and briefing by defendants of any cross-motion(s) to confirm the

arbitration award,

IT IS HEREBY STIPULATED AND AGREED by and between the parties,

through their undersigned counsel, as follows:

1.     Defendants shall serve and file their papers in opposition to plaintiff's

motion to vacate, and any cross 'motion(s) to confirm on or before

September 14, 2007.

2.    Plaintiff shall serve and file reply papers in further support of his motion

to vacate, and papers in opposition to any cross-motion(s) to confirm on or

before October 10, 2007.

3.    Defendants shall serve and file reply papers in further support of any

cross-motion(s) to confirm on or before October 24, 2007.

Dated:      New York, New York
            August 5, 2007

LIDDLE & ROBINSON LLP

By: _____
            Blaine H. Bortnick
            800 Third Avenue
            New York, NY 10022

Attorneys for Plaintiff

*So ordered.*

*/s/ Denise Cote*

*August 20, 2007*

Dated:      New York, New York
            August 5, 2007

LITCHFIELD CAVO LLP

By: _____
            Daniel T. Hughes
            420 Lexington Avenue
            Suite 1750
            New York, NY 10170

Attorneys for Leeds, Morelli & Brown, P.C.
and individual Defendant members or
associates of Leeds, Morelli & Brown, P.C.