UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,<br><br>     Plaintiff,<br><br>    -against-<br><br>LEEDS, MORELLI & P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., WACHOVIA CORPORATION, WACHOVIA SECURITIES, LLC, LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. DISCRIMINATION ON WALL STREET, MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,<br><br>     Defendants. | Case No. 04 Civ. 8391 (DLC)<br><br><br><br>**DEFENDANTS' PRUDENTIAL FINANCIAL INC. AND PRUDENTIAL SECURITIES INC. <u>RULE 7.1. STATEMENT</u>** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Prudential Financial, Inc. and Prudential Securities, Inc., hereby certify that Prudential Financial, Inc. is the parent company of Prudential Equity Group, LLC, formerly known as Prudential Securities, Inc.  Prudential Financial, Inc. does not have any stockholders who own 10% or more of the company.

Dated:  New York, New York
    August 28, 2007

                                        PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP

                                  By: /s/ Liza M. Velazquez
                                            Theodore V. Wells
                                            Gerard E. Harper
                                            Liza M. Velazquez
                                            Marguerite S. Dougherty
                                            1285 Avenue of the Americas
                                            New York, NY 10019-6064
                                            (212) 373-3000

                                        *Attorneys for Defendants Prudential Securities, Inc. and Prudential Financial, Inc.*

To:

Jeffrey L. Liddle
Blaine H. Bortnick
800 Third Avenue
New York, New York 10022

*Attorneys for Plaintiffs*

Daniel T. Hughes
420 Lexington Avenue
Suite 1750
New York, NY 10170

*Attorneys for Leeds, Morelli & Brown, P.C. and individual Defendant members or associates of Leeds, Morelli & Brown, P.C.*