UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JEFFREY S. VAUGHN, individually and on behalf of those class members similarly situated,

Index No.: CV 08391/04

Plaintiffs,

- against -

**NOTICE OF SUBSTITUTION**

LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. and DISCRIMINATION ON WALL STREET MANHATTAN, INC. and JOHN DOES, ESQS. 1-10 and JANE DOES, ESQS. 1-10 a fictitious designation for presently and unknown licensed attorneys, professionals and/or unknown persons or entities,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE, that the attorney of record for the Defendants, LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, LLP, LEEDS & MORELLI, LEEDS MORELLI & BROWN AND JEFFREY K. BROWN, in the above-entitled action has been changed, and that RIVKIN RADLER LLP, whose offices are located at 926 Rexcorp Plaza, Uniondale, New York, 11556-0926, has been substituted as attorneys for the Defendants, LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, LLP, LEEDS & MORELLI, LEEDS MORELLI & BROWN AND JEFFREY K. BROWN, by duly executed Consent to Change Attorney form attached hereto, and RIVKIN RADLER LLP hereby appears for the Defendants, LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN,

LLP, LEEDS & MORELLI, LEEDS MORELLI & BROWN AND JEFFREY K. BROWN, and

demands that all papers in this action be served upon them.

Dated: Uniondale, New York
       September 4, 2007

>Yours, etc.,
>
>RIVKIN RADLER LLP
>Attorneys for Defendants,
> Leeds, Morelli & Brown, P.C., Leeds,
> Morelli & Brown, LLP, Leeds & Morelli,
> Leeds Morelli & Brown and Jeffrey K.
> Brown
>
>By: _____
>SHARI CLAIRE LEWIS, ESQ. (SL-0527)
>926 Reckson Plaza
>Uniondale, New York 11556-0926
>(516) 357-3000

With the understanding that this shall have no impact of the schedule of this case,

SO ORDERED:

_____
DENISE L. COTE, U.S.D.J.

September 11, 2007

2071559 v1