UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY S. VAUGHN, individually and on behalf of those Class Members similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>LEEDS, MORELLI & BROWN, P.C., LEEDS, MORELLI & BROWN, L.L.P., LEEDS & MORELLI, LEEDS, MORELLI & BROWN, PRUDENTIAL SECURITIES, INC., PRUDENTIAL FINANCIAL, INC., LENARD LEEDS, STEVEN A. MORELLI, JEFFREY K. BROWN, and JOHN DOES, JAMES VAGNINI, FREDERIC DAVID OSTROVE, ROBERT JOHN VALLI, JR., DISCRIMINATION ON WALL STREET, INC. DISCRIMINATION ON WALL STREET MANHATTAN, INC., JOHN DOES, 1-10 AND JANE DOES, 1-10 a fictitious designation for presently unknown licensed attorneys, professionals and/or unknown persons or entities,<br><br>      Defendants. | 04 Civ. 08391 (DLC)<br><br><br>**NOTICE OF CROSS-MOTION** |

PLEASE TAKE NOTICE that upon the Affidavit of Liza M. Velazquez, sworn to September 14, 2007, together with the exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings in this action, and in National Association of Securities Dealers Arbitration No. 06-00534 ("NASD Proceeding"), Defendants Prudential Securities, Inc. and Prudential Financial, Inc will cross-move this Court, before the Honorable Denise L. Cote, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for

an Order pursuant to 9 U.S.C. § 9, confirming the arbitrators' award in the NASD Proceeding and for such other and further relief as may be just and proper.

Dated: New York, New York
September 14, 2007

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON
        & GARRISON LLP

        By: _____
            Gerard E. Harper
            Theodore V. Wells, Jr.
            Liza M. Velazquez

        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000

            -and-

        LOWENSTEIN SANDLER, P.C.
        1330 Avenue of the Americas
        New York, New York 10019

        Of Counsel:
        Gregory B. Reilly
        Julie L. Werner

        Attorneys for Prudential Securities, Inc. and
        Prudential Financial, Inc.

TO:

Blaine H. Bortnick
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, NY 10022

Attorneys for Plaintiff

Shari Claire Lewis
RIVKIN RADLER LLP
926 Reckson Plaza
Uniondale, NY 11556-0926

Attorneys for Leeds, Morelli & Brown, P.C.,
and individual Defendant members or
associates of Leeds, Morelli & Brown, P.C.