# Exhibit K

**NASD Dispute Resolution**
www.nasd.com
Northeast Region
One Liberty Plaza ● 165 Broadway ● 27th Floor
New York NY ● 10006-1400 ● 212-858-4200 ● Fax 301-527-4873



*Via Certified Mail*

November 9, 2006

Gerald E. Harper, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Subject:    NASD Dispute Resolution Arbitration Number 06-00534
            Jeffrey S. Vaughn v. Leeds, Morelli & Brown, P.C., Leeds, Morelli & Brown, L.L.P.,
            Prudential Securities, Inc., et al.

Dear Mr. Harper:

        Your case is ready for the next phase of the pre-hearing process. Below is information on:

- Verification of your contact information;
- The composition of the panel;
- How to select the chairperson;
- The initial pre-hearing conference;
- How to opt out of the initial pre-hearing conference;
- Procedure to reschedule the initial pre-hearing conference;
- Fees;
- Discovery; and
- Mediation.

Verify Your Contact Information

        The enclosed Case Information Sheet reflects the contact information that we have on file. If the contact information is incorrect or if we do not have a telephone number for you, immediately contact this office with your contact information.

Panel Composition

        NASD Dispute Resolution appointed an arbitration panel based upon the parties' consolidated lists. Pursuant to Rule 10308(c) of the NASD's *Code of Arbitration Procedure* (the *"Code"*), the enclosed Case Information Sheet lists the arbitration panel's composition. The arbitrators' classifications as public or non-public are accurate at the time of their appointment.

Selecting the Chairperson

        The parties' next step is to unanimously agree on which of the three arbitrators should serve as

the chairperson.

Effective September 17, 2004, Rule 10308(c)(5) of the *Code* was amended to expedite the chairperson selection process. Parties now have seven days to agree on the selection of the chairperson. Parties may receive up to an additional eight days if they jointly advise NASD Dispute Resolution in writing before November 21, 2006 that they need additional time to agree on the selection of the chairperson.

Please let us know the parties' preference on or before November 21, 2006. If we do not have the parties' unanimous agreement by that date, we will select the chairperson. We will also select the chairperson if we do not receive the parties' joint request for additional time on or before November 21, 2006.

Initial Pre-Hearing Conference

Pursuant to Rule 10321(d)(1) of the *Code*, the telephonic initial pre-hearing conference is scheduled for December 7, 2006 at 01:00 PM. The purpose of the conference is to set hearing dates, a discovery schedule (if necessary), and identify any issues that may require arbitrator intervention. Prior to the conference, please confirm the availability of **all** witnesses and have a realistic estimate of the time you will need to present your case. Also, please have your scheduling calendar ready at the initial pre-hearing conference.

You will be called on December 7, 2006 at the telephone number listed on the enclosed Case Information Sheet or the corrected number that you have provided. If you will not be at this telephone number on the date and time of the initial pre-hearing conference, described above, you may join the conference by dialing 1-888-566-7812. You will be asked for a password and the name of the conference host. The password is the arbitration case number including the zeroes and the conference host is the Chairperson.

Opting Out of the Initial Pre-hearing Conference

Parties may opt out of the initial pre-hearing conference provided that the request to do so is a joint one and includes a proposed order for the panel's review and approval. It is within the panel's discretion to grant or deny the parties' request to opt out of the initial pre-hearing conference. The proposed order should address all items included in the Initial Pre-hearing Conference Scheduling Order. Parties may obtain a copy of the order from our Web site, www.nasd.com.

Procedure to Reschedule the Initial Pre-hearing Conference

If the above date is not convenient, you may request that the panel reschedule the initial pre-hearing conference. Any request to reschedule the conference must include **four mutually agreed upon dates and times** to reschedule the conference. We will not send a party's request to reschedule the conference to the panel unless we receive proposed agreed upon rescheduled dates and times. If you would like the panel to reschedule the conference, you must submit, in writing, the agreed upon dates and times within 14 days of the date of this letter.

Fees

The panel will assess the cost of the initial pre-hearing conference to the parties at the end of the case. The panel may require that the parties submit additional hearing session deposits pursuant to Rule 10332(a) or 10205(a) of the *Code*. For information on the hearing session deposit and forum

fees, please review the above-listed sections of the *Code*.

If you are counsel representing a party, it is your responsibility to ensure that your client understands his/her responsibilities regarding fees and/or deposits.

Discovery

For NASD public customers, the Discovery Guide, which includes Document Production Lists, provides the parties with guidance on which documents they should exchange without arbitrator or staff intervention. It also provides guidance to the arbitrators in determining which documents customers and member firms and/or associated persons are presumptively required to produce in customer arbitration cases. You may obtain a copy of the Discovery Guide from our Web site, www.nasd.com.

Mediation

NASD Dispute Resolution has a successful, voluntary mediation program. Are you interested in mediation? If yes, please check the following box and return a copy of this letter to our office. [   ]

Please contact our office if you have any questions.

Northeast Processing Center
neprocessingcenter@nasd.com
(212)858-4200   Fax:(301)527-4873

NPC:AP:LC08P
RC:12/04
Enclosures
CC:
    Lewis S. Kurlantzick
    Doris Lindbergh, Esq.
    Nathan M. Lubow

RECIPIENTS:
    Rebecca Saenger, Esq., Jeffrey S. Vaughn
    Liddle & Robinson, L.L.P., 800 Third Avenue, New York, NY  10022

    Gerald E. Harper, Esq., Prudential Equity Group, LLC
    Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY  10019-6064

    Shari Claire Lewis, Esq., Leed Morelli & Brown, P.C.,
    Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

    Shari Claire Lewis, Esq., Leeds Morelli & Brown, L.L.P
    Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Leeds & Morelli
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Leeds Morelli & Brown
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Lenard Leeds
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Steven A. Morelli
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Jeffrey K. Brown
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Gerald E. Harper, Esq., Prudential Financial Inc.
Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York,
NY  10019-6064

Shari Claire Lewis, Esq., James Vagnini
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Frederic David Ostrove
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., John Robert Valli, Jr.
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Company Office, Discrimination On Wall Street Inc.
Discrimination on Wall Street Inc., One Old Country Road, Carle Place, NY  11514

Company Officer, Discrimination on Wall St. Manhattan,
Discrimination on Wall St. Manhattan Inc, One Old Country Road, Carle Place,
NY  11514

**NASD Dispute Resolution**
www.nasd.com
Northeast Region
One Liberty Plaza ● 165 Broadway ● 27th Floor
New York NY ● 10006-1400 ● 212-858-4200 ● Fax 301-527-4873



November 9, 2006

Gerald E. Harper, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Subject:    NASD Dispute Resolution Arbitration Number 06-00534
            Jeffrey S. Vaughn v. Leeds, Morelli & Brown, P.C., Leeds, Morelli & Brown, L.L.P.,
            Prudential Securities, Inc., et al.

Dear Mr. Harper:

    Rule 10334 of the *NASD Code of Arbitration Procedure* (*Code*) has been amended to allow for direct communication between the parties and arbitrators to an arbitration proceeding. To participate under the Rule, all parties must be represented by counsel. Also, all parties and arbitrators must agree to the procedures. If a party chooses to proceed without counsel after agreeing to proceed under Rule 10334 of the *Code*, the case will no longer be processed under the Rule. As a result, counsel for the parties must immediately notify all other parties, the arbitrators, and the assigned NASD Dispute Resolution case administrator if counsel no longer represents a party in the case.

Agreement to Proceed Under the Rule

    The agreement to proceed under Rule 10334 must be outlined in the written order of the arbitration panel. Direct communication between the parties and arbitrators is limited to the transmission of correspondence as outlined in the Initial Pre-hearing Conference Scheduling Order (Order) or subsequent order of the panel. The current versions of the Initial Pre-hearing Conference Script and Initial Pre-hearing Conference Scheduling Order are available on our Web site at www.nasdadr.com. Parties should send all other correspondence not specifically outlined in the Order to the NASD Dispute Resolution case administrator who is assigned to your case. The mailing should include the appropriate number of copies for distribution to the arbitration panel.

Transmission of Documents

    If the parties agree to proceed under the Rule, they must send a copy of any document identified in the Order to their opposing counsel and the NASD Dispute Resolution case administrator on the same day and by the same method of transmission (e.g., facsimile, overnight courier, electronic mail, or U.S. mail). However, if the document exceeds 15 pages, parties must send the NASD Dispute Resolution a copy by overnight courier or U.S. mail. Parties and arbitrators may also agree to a similar page limit. Parties may use electronic mail or facsimile only if all parties and arbitrators have such capability, which must be verified at the Initial Pre-hearing Conference or a later conference.

    If the parties and arbitrators agree to use electronic mail, NASD Dispute Resolution recommends

that all parties and arbitrators include the following or similar paragraph in their electronic mail messages.

*__This message contains confidential information and is intended for the recipient. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Email transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of any email transmission sent or received. If verification is required, please request a hard-copy version.__*

If the parties and arbitrators agree to use facsimile, NASD Dispute Resolution recommends that all parties and arbitrators include the following or similar paragraph on their fax cover page.

*__This fax transmittal is strictly confidential and is intended solely for the person or organization to which it is addressed. If you have not received all pages of this fax, please call <insert telephone number>.__*

The parties are still prohibited from direct verbal communication with any member of the panel except in the presence of all parties or representatives. Please call my office if you have any questions.

Northeast Processing Center
neprocessingcenter@nasd.com
(212)858-4200   Fax:(301)527-4873

NPC:AP:LC53B
rc:09/04

RECIPIENTS:
   Rebecca Saenger, Esq., Jeffrey S. Vaughn
   Liddle & Robinson, L.L.P., 800 Third Avenue, New York, NY 10022

   Gerald E. Harper, Esq., Prudential Equity Group, LLC
   Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6064

   Shari Claire Lewis, Esq., Leed Morelli & Brown, P.C.,
   Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY 11556-0926

   Shari Claire Lewis, Esq., Leeds Morelli & Brown, L.L.P
   Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY 11556-0926

   Shari Claire Lewis, Esq., Leeds & Morelli
   Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY 11556-0926

   Shari Claire Lewis, Esq., Leeds Morelli & Brown
   Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY 11556-0926

Shari Claire Lewis, Esq., Lenard Leeds
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Steven A. Morelli
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Jeffrey K. Brown
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Gerald E. Harper, Esq., Prudential Financial Inc.
Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York,
NY  10019-6064

Shari Claire Lewis, Esq., James Vagnini
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., Frederic David Ostrove
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Shari Claire Lewis, Esq., John Robert Valli, Jr.
Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, NY  11556-0926

Company Office, Discrimination On Wall Street Inc.
Discrimination on Wall Street Inc., One Old Country Road, Carle Place, NY  11514

Company Officer, Discrimination on Wall St. Manhattan,
Discrimination on Wall St. Manhattan Inc, One Old Country Road, Carle Place,
NY  11514

Lewis S. Kurlantzick
Doris Lindbergh, Esq.
Nathan M. Lubow

```
┌─────────────────────────────────────────────┐
│                                             │
│           Case Information Sheet            │
│                                             │
└─────────────────────────────────────────────┘
```

1.    **CASE INFORMATION**:

    A.    CASE-NUMBER:    06-00534

    B.    CASE-NAME: Jeffrey S. Vaughn v. Leeds, Morelli & Brown, P.C., Leeds, Morelli & Brown, L.L.P., Prudential Securities, Inc., et al.

    C.    NASD Dispute Resolution
            REPRESENTATIVE:  Northeast Processing Center
                           neprocessingcenter@nasd.com
                           NASD Dispute Resolution
                           One Liberty Plaza
                           165 Broadway, 27th Floor
                           New York, NY  10006
                           (212)858-4200   Fax:(301)527-4873

    D.    HEARING DATE:    December 7, 2006 at 01:00 PM

    E.    ADDITIONAL HEARING SESSIONS:  none.

    F.    HEARING
            LOCATION:        Initial Pre-hearing Conference Call
                          , NY

2.    **PARTY REPRESENTATIVE INFORMATION:**

REPRESENTATIVE:
    Rebecca Saenger, Esq., Liddle & Robinson, L.L.P.
    Phone: 212-687-8500, Fax: 212-687-1505
    Email: rsaenger@liddlerobinson.com
PARTY(IES):
    Jeffrey S. Vaughn, Claimant

REPRESENTATIVE:
    Gerald E. Harper, Esq., Paul, Weiss, Rifkind, Wharton & Garris
    Phone: 212-373-3263, Fax: 212-492-0263
    Email: gharper@paulweiss.com
PARTY(IES):
    Prudential Equity Group, LLC, Respondent
    Prudential Financial Inc., Respondent

REPRESENTATIVE:
    Company Office, Discrimination on Wall Street Inc.

Phone: unknown, Fax: unknown
Email: unknown
PARTY(IES):
Discrimination On Wall Street Inc., Respondent

REPRESENTATIVE:
Company Officer, Discrimination on Wall St. Manhattan I
Phone: unknown, Fax: unknown
Email: unknown
PARTY(IES):
Discrimination on Wall St. Manhattan,, Respondent

REPRESENTATIVE:
Shari Claire Lewis, Esq., Rivkin Radler LLP
Phone: 516-357-3292, Fax: 516-357-3333
Email: shari.lewis@rivkin.com
PARTY(IES):
Leed Morelli & Brown, P.C.,, Respondent
Leeds Morelli & Brown, L.L.P, Respondent
Leeds & Morelli, Respondent
Leeds Morelli & Brown, Respondent
Lenard Leeds, Respondent
Steven A. Morelli, Respondent
Jeffrey K. Brown, Respondent
James Vagnini, Respondent
Frederic David Ostrove, Respondent
etc.

3.    **ARBITRATION PANEL:**

Lewis S. Kurlantzick    Public Arbitrator    Panelist

University of Connecticut Law School

Doris Lindbergh, Esq.    Industry Arbitrator    Panelist

Nathan M. Lubow    Public Arbitrator    Panelist

LC20B
rc:07/04
RECIPIENTS:
Gerald E. Harper, Esq., Prudential Equity Group, LLC
Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York,
NY 10019-6064

## CERTIFICATE OF ARBITRATOR'S EXHIBIT NO. 1

*The documents on this list comprise Arbitrator's Exhibit No. 1. If a document is not identified, it was not received. If this list is not accurate, please contact NASD Dispute Resolution immediately. Arbitrators must read all documents in Arbitrator's Exhibit No. 1 prior to a hearing.*

*The list of documents may include certain NASD Dispute Resolution notices to the parties.*

Case Number ___06-00534___    Staff Assigned ___NPC___

| Name of Claimant(s) JEFFREY S. VAUGHN (IND & ONBEHALF OF OTHERS | | |
|---|---|---|
| Submission Agreement | Yes [✓] | No [ ] |
| Statement of Claim | | |
| Amended Statement of Claim | | |
| Motion to | | |
| Responses to Motion | | |
| Reply to Motion | | |
| Other | | |

| Name of Respondent No. 1 LEEDS, MORELLI & BROWN, P.C. | | |
|---|---|---|
| Submission Agreement | Yes [ ] | No [ ] |
| Statement of Answer Joint with: | | |
| Request for Clarification | | |
| Counterclaim | | |
| Cross Claim vs. | | |
| Third-Party Claim vs. | | |
| Amended Statement of Answer | | |
| Response to Amended Statement of Claim | | |
| Response to Cross Claim | | |
| Response to Third-Party Claim | | |
| Motion to | | |

Date Initially Sent to Parties _____

| | |
|---|---|
| Response to Motion | |
| Reply to Motion | |
| Other | |

| Name of Respondent No. 2 | LEEDS, MORELLI & BROWN, L.L.P. | |
|---|---|---|
| Submission Agreement | Yes [ ]    No [ ] | |
| Statement of Answer Joint with: | | |
| Request for Clarification | | |
| Counterclaim | | |
| Cross Claim vs. | | |
| Third-Party Claim vs. | | |
| Amended Statement of Answer | | |
| Response to Amended Statement of Claim | | |
| Response to Cross Claim | | |
| Response to Third-Party Claim | | |
| Motion to | | |
| Response to Motion | | |
| Reply to Motion | | |
| Other | | |

| Name of Respondent No. 3 | LEEDS & MORELLI | |
|---|---|---|
| Submission Agreement | Yes [ ]    No [ ] | |
| Statement of Answer Joint with: | | |
| Request for Clarification | | |
| Counterclaim | | |

Date Initially Sent to Parties _____

| | |
|---|---|
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| Name of Respondent No. 4 LEEDS MORELLI & BROWN | |
|---|---|
| Submission Agreement | Yes [✓]        No [ ] |
| Statement of Answer Joint with: | |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |

Date Initially Sent to Parties _____

| Other | |
|---|---|
| | |

| Name of Respondent No. 5 . PRUDENTIAL SECURITIES , INC. | |
|---|---|
| Submission Agreement | Yes [ ]        No [ ] |
| Statement of Answer<br>Joint with: | |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 6 . PRUDENTIAL FINANCIAL, INC. | |
|---|---|
| Submission Agreement | Yes [✓]          No [ ] |
| Statement of Answer Joint with: | ✓ |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 7 . LENARD LEEDS | |
|---|---|
| Submission Agreement | Yes [✓]          No [   ] |
| Statement of Answer Joint with: | ✓ |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 8 · STEVEN A. MORELLI | |
|---|---|
| Submission Agreement | Yes [✓]                    No [   ] |
| Statement of Answer Joint with: | |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

**NASD Dispute Resolution Notices to the Parties**

| Deficiency Notice |
|---|
| |
| Other |
| |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 9 · JEFFREY K - BROWN | |
|---|---|
| Submission Agreement | Yes [✓]            No [ ] |
| Statement of Answer<br>Joint with: | ✓ |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties |
|---|
| Deficiency Notice |
| Other |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 10 | JAMES VAGNINI |
|---|---|
| Submission Agreement | Yes [ ✓ ]            No [ ] |
| Statement of Answer<br>Joint with: | ✓ |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 11. FREDERIC DAVID OSTROVE | |
|---|---|
| Submission Agreement | Yes [✓]       No [ ] |
| Statement of Answer<br>Joint with: | ✓ |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties

| Other | |
|---|---|

| Name of Respondent No. 12 ROBERT JOHN VALLI, JR | |
|---|---|
| Submission Agreement | Yes [✓]          No [ ] |
| Statement of Answer Joint with: | ✓ |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

| Other | |
|---|---|

| Name of Respondent No. 13 · DISCRIMINATION ON WALL STREET, INC. | |
|---|---|
| Submission Agreement | Yes [ ]          No [ ] |
| Statement of Answer Joint with: | |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties

| Other | |
|---|---|

| Name of Respondent No. 14. DISCRIMINATION ON WALL STREET MANHATTAN, INC | |
|---|---|
| Submission Agreement | Yes [ ]                No [ ] |
| Statement of Answer Joint with: | |
| Request for Clarification | |
| Counterclaim | |
| Cross Claim vs. | |
| Third-Party Claim vs. | |
| Amended Statement of Answer | |
| Response to Amended Statement of Claim | |
| Response to Cross Claim | |
| Response to Third-Party Claim | |
| Motion to | |
| Response to Motion | |
| Reply to Motion | |
| Other | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

| Other | |
|---|---|
| | |

| Name of Respondent No. 15 JOHN DOES, 1—10 AND JANE DOES 1—10 | | |
|---|---|---|
| Submission Agreement | Yes [ ] | No [ ] |
| Statement of Answer Joint with: | | |
| Request for Clarification | | |
| Counterclaim | | |
| Cross Claim vs. | | |
| Third-Party Claim vs. | | |
| Amended Statement of Answer | | |
| Response to Amended Statement of Claim | | |
| Response to Cross Claim | | |
| Response to Third-Party Claim | | |
| Motion to | | |
| Response to Motion | | |
| Reply to Motion | | |
| Other | | |

| NASD Dispute Resolution Notices to the Parties | |
|---|---|
| Deficiency Notice | |
| Other | |

Date Initially Sent to Parties _____

NASD Dispute Resolution Services

Arbitrator ID:     A11378

# Arbitrator Disclosure Report

Arbitrator information, other than the publicly available awards section, below, last amended on 10/17/2006

## ARBITRATOR

**Name:**              Mr. Lewis S. Kurlantzick

**Arbitrator ID:**      A11378

**City/State/Country:**  Hartford / CT / United States

**Classification:**     Public

**NASD Mediator:**     No

**Skills in Controversy:**

Employment - Breach of Contract, Employment - Commissions, Employment - Compensation, Employment - Discrim. Age, Employment - Discrim. Disability, Employment - Discrim. Gender, Employment - Discrim. National Origin, Employment - Discrim. Race, Employment - Discrim. Religion, Employment - Employment Discrimination, Employment - Discrim. Sexual Orientation, Employment - Libel or Slander, Employment - Partnerships, Employment - Promissory Notes, Employment - Retaliation, Employment - Sexual Harassment, Employment - Training Contracts, Employment - Wrongful Termination

**Skills in Securities:**

there is no neutral skills in securities data available

**Injunctive Qualified -**   This arbitrator is an attorney and has reported experience litigating cases involving injunctive relief.

## EMPLOYMENT

| Start Date | End Date | Firm | Position |
|---|---|---|---|
| 01/1969 | | University of Connecticut Law School | Professor of Law |

## EDUCATION

| Start Date | End Date | School | Degree |
|---|---|---|---|
| 01/1965 | 01/1968 | Harvard Law School | LLB/JD |
| 01/1961 | 01/1965 | Wesleyan University | BA |

## TRAINING

| Completed | Description | Details | Firm/School | Hours | Location |
|---|---|---|---|---|---|
| 08/2004 | Expungement online mini-course | | NASD | 1.5 | online |
| 10/1998 | Intro Securities Arbitrator Training | | Back to Basics | | |
| 01/1993 | Intro Securities Arbitrator Training | | AAA Securities Arbitration Training | | New York, NY |

## DISCLOSURE/CONFLICT INFORMATION

| Type | Firm Name | Details |
|---|---|---|
| Has an account with | Citigroup Global Markets, Inc. | Salomon Smith Barney, Inc. (has) |
| Arbitrator for | | AAA |
| Is a member of | | American Association of University Professionals |

Publicly Available Awards Section, Current as of  11/10/2006

| NASD Dispute Resolution Services | | Arbitrator ID:  A11378 |
| --- | --- | --- |

| Member of Bar Association | American Bar Association |
| --- | --- |
| Member of Bar Association | Connecticut |
| Has published | Missing Witnesses, Missing Testimony/Theories |
| Arbitrator for | NYSE |
| Member of Bar Association | New York |

## PUBLICLY AVAILABLE AWARDS

Publicly Available Awards Section, Current as of  11/10/2006

| Case ID | Case Name | Close Date |
| --- | --- | --- |
| 05-05632 | Patricia L. Coughlin Ind. and on behalf of the Patrica L. Coughlin Rollover IRA v. Legg Mason Wood Walker, Inc. | 11/01/2006 |
| 04-02978 | Stefanos Sertsionas vs. UBS Painewebber, Carlos Garcia, Hugh McIlrevey and David Moran | 05/15/2006 |
| 04-08079 | William N. Leporini, Marie Leporini, William J. Leporini, et al. vs. First Albany Corporation, et al. | 04/13/2006 |
| 03-08438 | Greenbush Tape and Label, Inc. v. Merrill Lynch Pierce et al *****CONSOLIDTED WITH CASE # 03-84444****MASTER CASE**** | 05/13/2005 |
| 03-05133 | Garland F. Gonseth and Bernard F. Larkin vs McDonald Investments, Inc. and David E. Soderquist | 10/15/2004 |
| 03-03654 | Vincent De Fina and Barbara Devine De Fina vs Merrill, Lynch, Pierce, Fenner & Smith, Inc. and Daniel J. McMahon | 08/13/2004 |
| 00-00730 | Norman Sneider v. Morgan Stanley Dean Witter; Vincent Leto; and Richard J. Less | 11/11/2003 |
| 01-00627 | Barbara Shopkorn v. Republic New York Securities; Martin Hovance and Philip Dobkin | 02/15/2002 |
| 99-03438 | Robert Tully v. Advest, Inc. and Gary Halter | 08/16/2001 |
| 97-05306 | Ali Malihi vs. PaineWebber, Inc., James Simcoke and John Borgese | 07/13/2000 |
| 99-01094 | Martin and Marilyn Schottanes v. Olde Discount Corporation; Ernest J. Olde; Stanley A. Snider and Daniel D. Katzman | 05/11/2000 |
| 99-05027 | Darrell E. DeVeaux vs. E*Trade Securities | 04/25/2000 |
| 98-04984 | Antoni Niziolek and Helena Niziolek vs. Christoher L. Miano and PCM Securities | 12/22/1999 |
| 94-03336 | Charles W. Sullivan vs. RAF Financial Corporation, VTR Capital, Inc., etal. v. Patrick Eugene Brake, Sr. | 07/29/1998 |
| 95-03199 | PaineWebber, Inc. vs. Walter Cahn | 02/29/1996 |
| 93-00356 | James C. and Mary Murphy vs. Invest Financial Corporation and David Grimaldi | 06/07/1994 |
| 92-02604 | Bonnie and Thomas O'Malley vs. Lawrence Greenberg, Thomas James Associates, Joseph Olmsted, Dirk Nye and Martin Coffey | 08/12/1993 |

## ARBITRATOR BACKGROUND INFORMATION

The bulk of my professional career has been spent at the University of Connecticut Law School where I have been a Professor of Law since 1968.  I have taught, written, and consulted in the areas of Contracts, Copyright, and Sports Law.  I am a member of the American Arbitration Association's Commercial panel and have sat as an arbitrator in Contracts, Copyright, and sports disputes.  I also served recently as a Special Master in a breach of contract-corporate dispute in federal court in Connecticut.

I am a Public Member of the arbitration panels for the New York Stock Exchange (NYSE), American Stock Exchange (ASE), and I have sat on one or two securities cases each year for the NYSE and NASD.  While most of these cases involved disputes between dissatisfied customers and their brokers and brokerage firms, at least one dealt with an employment dispute between a broker and his firm-employer.

I expect to begin teaching a course on Arbitration in the next academic year. I am a co-author of Missing Witnesses, Missing Testimony, and Missing Theories: How Much Initiative by Labor Arbitrators? (1987).

I am a 1965 graduate of Wesleyan University and graduated from Harvard Law School in 1968.

I was admitted to the New York Bar in 1969.

NASD Dispute Resolution Services                                                                                    Arbitrator ID:      A31440

# Arbitrator Disclosure Report

Arbitrator information, other than the publicly available awards section, below, last amended on  10/06/2006

## ARBITRATOR

| | | | |
|---|---|---|---|
| **Name:** | Doris Lindbergh, Esq. | **Skills in Controversy:** | |
| **Arbitrator ID:** | A31440 | Account Related - Dividends, Account Related - Margin Calls, Account Related - Transfer, Executions - Execution Price, Executions - Limit v. Market Order, Employment - Commissions, Employment - Discrim. Age, Employment - Discrim. Disability, Employment - Discrim. Gender, Employment - Discrim. National Origin, Employment - Discrim. Race, Employment - Discrim. Religion, Employment - Employment Discrimination, Employment - Sexual Harassment, Employment - Training Contracts, Other - Recruitment Disputes, Trading Disputes - Buy In, Trading Disputes - Mark-ups, Trading Disputes - Sell Outs | |
| **City/State/Country:** | New York / NY / United States | | |
| **Classification:** | Non-Public | **Skills in Securities:** | |
| **NASD Mediator:** | Yes | Annuities, Common Stock, Corporate Bonds, Government Securities, Limited Partnerships, Mutual Funds, Municipal Bonds, Municipal Bond Funds, Options, Preferred Stock, Real Estate Investment Trust, Stock Index Futures, Warrants/Rights | |

## EMPLOYMENT

| Start Date | End Date | Firm | Position |
|---|---|---|---|
| 01/1993 | | Unemployed | not provided |
| 05/1989 | 02/1993 | Smith Barney | Registered Representative |
| 06/1986 | 05/1989 | Drexel Burnham Lambert | Registered Representative |
| 03/1981 | 06/1986 | Drexel Burnham Lambert | Branch Manager |
| 01/1978 | 03/1981 | Drexel Burnham Lambert | Associate Counsel |

## EDUCATION

| Start Date | End Date | School | Degree |
|---|---|---|---|
| 01/1975 | 01/1977 | Washington University School of Law | JD |
| 01/1974 | 01/1975 | Fordham University | not provided |
| 07/1970 | 01/1971 | Fordham University Graduate Arts | MA (1983) |
| 01/1966 | 01/1970 | College of Mount St. Vincent | BA French |

## TRAINING

| Completed | Description | Details | Firm/School | Hours | Location |
|---|---|---|---|---|---|
| 06/2006 | Mediation Training | | Queens Mediation Inservice Training | 3 | |
| 10/2005 | Mediation Training | | Queens Mediation Inservice Training | 3 | |
| 06/2005 | Mediation Training | | Civil Court Mediation | 3 | |

NASD Dispute Resolution Services                                                                    Arbitrator ID:    A31440

| 04/2005 | Mediation Training | US Equal Employment Oppotunity | 16 | |
| 10/2004 | Mediation Training | Queens Mediation Network | 30 | |
| 08/2004 | Expungement online mini-course | NASD | 1.5 | online |
| 05/2004 | Additional Securities Training | NYSE | | New York, NY |
| 10/2003 | Non-Securities Related Training | National Futures Assn. Arb Trng | | New York, NY |
| 05/2003 | Mediation Training | Center for Med Intensive Training | 36 | |
| 10/2002 | Additional Securities Training | NYSE | | New York, NY |
| 06/2002 | Additional Securities Training | NYSE | | New York, NY |
| 12/2001 | New Chairperson Training [NASD] | NASD | 11 | location varies |
| 11/2000 | Additional Securities Training | NYSE Arbitrator Training | 4 | New York, NY |
| 11/2000 | New Panel Member Training [NASD] | NASD | 11 | location varies |
| 10/2000 | Additional Securities Training | National Futures Association | 9 | New York, NY |

## DISCLOSURE/CONFLICT INFORMATION

| Type | Firm Name | Details |
| --- | --- | --- |
| Has an account with | Ameritrade, Inc nka J.P. Securities Inc | Ameritrade (has) |
| Has an account with | Charles Schwab & Co., Inc. | Charles Schwab (has) |
| Has an account with | Citigroup Global Markets, Inc. | Citigroup/Smith Barney (has) |
| Has published | | Construction of a Will and the Threshold..... |
| Had an account with | | Dreyfus (had) |
| Is a member of | | Eastern/Southern Districts, Federal |
| Has an account with | | Muriel Siebert (has) |
| Licensed to Practice | | NYS insurance (life, accident health) (was) |
| Arbitrator for | | NYSE |
| Is a member of | | National Association of Female Executives (past) |
| Arbitrator for | | National Futures Association |
| Licensed to Practice Law in | | New York (retired) |
| Member of Bar Association | | New York State |
| Mediator for | | New York State Community DR Program (certified) |
| Holds Securities License(s) | | Series 7, 8 and 63 (inactive) |
| Family member had relationship with | Bear Stearns & Co., Inc. | Son had summer intership with Bear Stearns |
| Was employed by | Citigroup Global Markets, Inc. | Smith Barney (was) |

Arbitrator ID:    A31440

Was employed by            Drexel Burnham Lambert, Inc.                        Drexel Burnham Lambert (was)

---

## PUBLICLY AVAILABLE AWARDS
### Publicly Available Awards Section, Current as of  11/10/2006

| Case ID | Case Name | Close Date |
|---------|-----------|------------|
| 05-05984 | Merrill Lynch Pierce Fenner & Smith, Inc. v. Edwin Nazaire | 06/13/2006 |
| 05-03044 | Fidelity Brokerage Services, LLC v Matthew H. Adams | 05/09/2006 |
| 02-03304 | Greg Thomas O'Brien and Tamma C. O'Brien vs. Merrill Lynch, Pierce, Fenner & Smith, Inc., Kevin J. Donovan, et al | 01/12/2006 |
| 03-08353 | Marian Kamath and Sharrel Kamath vs. Joanne V. Graham and Merrill Lynch Pierce Fenner & Smith Inc. | 03/17/2005 |
| 02-03919 | Marie Fehmi Jreije, Amine Fehmi, Adel Fehmi, and Adel Fehmi and Linda Fehmi v. Credit Suisse First Boston Corp et al | 05/11/2004 |
| 00-03560 | Brian Gilmartin v. Cantor Fitzgerald Securities and Joseph Kelly | 03/12/2004 |
| 02-05716 | UBS PaineWebber, Inc. vs. John Santaniello | 01/30/2004 |
| 03-07320 | Salvatore Abbattiello vs. Credit Suisse First Boston LLP | 12/01/2003 |
| 02-05861 | Paul Joyce and Joanne Joyce vs. Morgan Stanley Dean Witter and Thomas Lewis Tartaglia, Jr. | 07/01/2003 |
| 01-06419 | Violette Copelman and Micha Copelman vs. J.C. Bradford & Co. n/k/a UBS PaineWebber, Inc., Michael John Bayes, et al. | 03/13/2003 |
| 01-02873 | Nilesh Patel v. Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Int, Private Client Group and Anil Chaturvedi | 03/06/2003 |
| 01-04101 | William Cohen & Fido's Fences, Inc. vs. Weatherly Securities, Inc. and David Sulkes | 02/10/2003 |
| 00-03337 | John Navi v. Michael Broderick Prendergast | 07/02/2001 |

---

## ARBITRATOR BACKGROUND INFORMATION

I am a 1970 graduate of the College of Mount Saint Vincent, including a year in Paris, where I received a "Certificat de la Langue Francaise" from the Sorbonne.  In 1970 and 1971, I was a teaching Assistant in French, as I studied for and received my Master's degree from Fordham University.  In 1977, I graduated from Washington University Law School, where I was a published member of the law review.  Authored "Construction of a Will and the Threshold Question of State Action."

I began working as Associate Counsel at Drexel Burnham in January 1978.  Because of the small size of the Legal department at the time, I acquired a well-varied background, including securities law, corporate law, inter-broker disputes, customer complaints, and employment law.  I also represented the firm in numerous, non-litigated, customer-related problems and a few arbitrations.  I was one of three members of Drexel Burnham's Political Action Committee, along with the chairman of the firm.  I was also elected to the Academy of Women Achievers.

In 1981, I became the Assistant Branch Manager of Drexel Burnham's headquarters branch, its largest branch, taking among other tests, Series 7, 8, and 63, and becoming a Registered Options Principal.  My duties were principally the administration of the branch, including the legal supervision of what grew to 100 employees consisting of brokers, sales assistant, an order room, and a cashier's operation.  No lawsuits were brought against the brokers or branch during the period of my responsibility.  I also recruited brokers and hired and reviewed support personnel.

In 1986, I became a full-time, top-producing broker, and was repeatedly a member of the President's Club for top brokers.

In 1989, the Sales Division of Drexel Burnham was sold to Smith Barney, where I continued as a successful broker until 1993, when I left to raise my son.  In April 2003, I began the first of several mediator trainings and now also mediatesin the New York State Court system, community mediations, and at the EEOC.  I maintain my lifelong interest in Wall Stret.

NASD Dispute Resolution Services

Arbitrator ID:    A31440

NASD Dispute Resolution Services

Arbitrator ID:    A34320

# Arbitrator Disclosure Report

Arbitrator information, other than the publicly available awards section, below, last amended on 09/05/2006

## ARBITRATOR

| | | | |
|---|---|---|---|
| **Name:** | Mr. Nathan M. Lubow | **Skills in Controversy:** | |
| **Arbitrator ID:** | A34320 | there is no neutral skills in controversy data available | |
| **City/State/Country:** | New York / NY / United States | | |
| **Classification:** | Public | **Skills in Securities:** | |
| **NASD Mediator:** | No | there is no neutral skills in securities data available | |

## EMPLOYMENT

| Start Date | End Date | Firm | Position |
|---|---|---|---|
| 04/2000 | | Mahoney Cohen & Company, CPA, PC | Senior Consultant |
| 04/1990 | 03/2000 | Mahoney Cohen & Company, CPA, PC | Partner |
| 07/1978 | 07/1990 | KPMG | Partner |
| 02/1973 | 07/1978 | Clarence Rainess & Co., CPA | Partner |
| 02/1969 | 02/1973 | Aronson & Oresman, CPA | Partner |
| 07/1964 | 02/1973 | Aronson & Oresman, CPA | Staff Accountant |
| 07/1962 | 07/1964 | Arlan Department Stores | Chief Accounting Officer |
| 07/1953 | 07/1962 | Aronson & Oresman, CPA | Staff Accountant |
| 05/1953 | 07/1953 | Unemployed | not provided |
| 05/1951 | 05/1953 | U.S. Army | Counter Intelligence Corp. |
| 07/1950 | 07/1951 | Aronson & Oresman, CPA | Staff Accountant |

## EDUCATION

| Start Date | End Date | School | Degree |
|---|---|---|---|
| 09/1948 | 09/1950 | University of Pa., Wharton School | Ph.B in Business |
| 09/1946 | 09/1948 | University of Chicago | BS in Economics |

## TRAINING

| Completed | Description | Details | Firm/School | Hours | Location |
|---|---|---|---|---|---|
| 09/2005 | Expungement online mini-course | | NASD | 1.5 | online |
| 08/2005 | New Panel Member Training [NASD] | | NASD | 11 | location varies |
| 08/2005 | Civility Training | | NASD | 1.5 | location varies |

## DISCLOSURE/CONFLICT INFORMATION

| Type | Firm Name | | Details |
|---|---|---|---|

Publicly Available Awards Section, Current as of  11/10/2006

NASD Dispute Resolution Services

Arbitrator ID:     A34320

| | | |
|---|---|---|
| Has an account with | Merrill Lynch Pierce Fenner & Smith | Merrill Lynch Pierce Fenner & Smith (has) |
| Family Member has relationship with | Merrill Lynch Pierce Fenner & Smith | Wife has an account with Merrill Lynch |
| Is a member of | | AICPA |
| Is a member of | | Commerical Finance Association |
| Is a member of | | NY Advisory Board of the Valley Nat'l Bank |
| Is a member of | | NYS Society of CPA's |
| Had an account with | Bear Stearns & Co., Inc. | Bear Stearns (had) |
| Had an account with | Bear, Stearns Securities Corp. | Bear Stearns (had) |
| Had an account with | Drexel Burnham Lambert, Inc. | Drexel Burnham Lambert, Inc. (had) |
| Family member had relationship with | Merrill Lynch Pierce Fenner & Smith | Son Was employed by Merrill Lynch (was) |
| Family member had relationship with | Morgan Stanley DW Inc. | Son Was Employed by Morgan Stanley (was) |

## PUBLICLY AVAILABLE AWARDS
Publicly Available Awards Section, Current as of  11/10/2006

| Case ID | Case Name | Close Date |
|---|---|---|
| | there is no award data available | |

## ARBITRATOR BACKGROUND INFORMATION

Since 2000, I have been employed as a Senior Consultant at Mahoney Cohen & Company, CPA, PC.  Prior to that, I was a partner and a member of the Executive Committee of that firm.  I relate to clients in both the public and private sectors, specializing in textiles, apparel and finance companies.  I also assist debtors' and creditors' committees, work-out department and troubled companies.

In 1978, I became a partner in Main Lafrenz CPA, which became KMG Main Hurdman, that firm merged into KPMG, and I became a partner there from 1987 to 1990.  At KPMG, I was a Senior Audit Engagement Partner, Middle Market Practice Leader and Chairman of the Apparel Practice Committee.

Prior to the above, I was a partner at Clarence Rainess and Company CPA's and a member of its national executive board.  My career stated out at Aronson and Oresman CPA's in 1950, where I rose from entry-level junior accountant to partner.  In 1962, I joined Arlan's Department Stores as Assistant Treasurer and Chief Accounting Officer and remained there until 1964.

I served in the Counter-Intelligence Corps of the US Army from 1951 to 1953.

I am currently a member of the AICPA and the NYS Society of CPA's.  I am on the New York Advisory Board of the Valley National Bank and the Founders Leadership Council of the Educational Foundation of the Commercial Finance Association.  I have also had a long term service as a member 0f the Finance Committee of the Friars Club and, as a member of the Board of Directors and the treasurer of several charitable and community groups.  I have written, lectured and delivered seminars on a wide range of accounting and financial topics.

I received a PhB from the University of Chicago in 1948 and a BS in Economics from the Wharton School of the University of Pennsylvania in 1950.

# Exhibit L

11/20/2006 13:32 FAX 212 687 1505          LIDDLE & ROBINSON, LLP          ✏ 002/003

# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500

FACSIMILE: (212) 687-1505

www.liddlerobinson.com

EMAIL: bbortnick@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIOMAN
DINA N. WEINBERG
DAVID H. FELDSTEIN

November 20, 2006

**BY MAIL & FACSIMILE/ (301) 527-4873**
Northeast Processing Center
NASD Dispute Resolution, Inc.
One Liberty Plaza
165 Broadway, 27th Floor
New York, New York 10006

Re:   Jeffrey S. Vaughn, individually and on behalf of those class members
similarly situated v. Leeds, Morelli & Brown, P.C., Leeds, Morelli &
Brown, L.L.P., Prudential Securities, Inc., et al.
NASD Dispute Resolution Arbitration No. 06-00534

To Whom It May Concern:

We represent the Claimant, Jeffrey S. Vaughn, in the above-referenced
arbitration and hereby submit the parties' unanimous preference for chairperson.  In
addition, we request that you change the contact information for Mr. Vaughn's
representative.

The parties unanimously agree that Mr. Lewis S. Kurlantzick should serve
as chairperson.

The contact information for Mr. Vaughn's representative should be
changed to:

Jeffrey L. Liddle, Esq.

**LIDDLE & ROBINSON, L.L.P.**
Northeast Processing Center                    2                    November 20, 2006

Liddle & Robinson, L.L.P.
800 Third Avenue
New York, New York 10022
Phone: (212) 687-8500
Fax: (212) 687-1505
E-mail: jliddle@liddlerobinson.com

Respectfully submitted,

By: _____
Blaine H. Bortnick

cc:   Gerald E. Harper, Esq.
      Shari Claire Lewis, Esq.

11/20/2006 13:32 FAX  212 687 1505        LIDDLE & ROBINSON, LLP                              ☑ 001/003

# LIDDLE & ROBINSON, L.L.P.

## 800 THIRD AVENUE
## NEW YORK, N.Y. 10022

---

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

MIRIAM M. ROBINSON (retired)

---

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

JEFFREY ZIMMERMAN
STEPHEN J. STEINLIGHT
JOHN A. KAROL
ANDREA M. PAPARELLA
REBECCA A. SAENGER
LISA D. SIDMAN
DAVID H. FELDSTEIN

## FACSIMILE

TO:        Gerald E. Harper, Esq.

FROM:      Blaine H. Bortnick, Esq.

DATE:      November 20, 2006

FACSIMILE NUMBER:        (212) 373-2225

OUR FACSIMILE NUMBER:        (212) 687-1505

NUMBER OF PAGES TO FOLLOW:        2

The information contained in this facsimile message, and any attachments, may be confidential and legally privileged, and is intended only for use by the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (212-687-8500), and destroy the original message. Thank you