UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
JEFFREY S. VAUGHN, individually and on   :
behalf of those class members similarly  :
situated,                                :
                    Plaintiffs,          :
                                         :
        -v-                              :
                                         :
LEEDS, MORELLI & BROWN, P.C., LEEDS,     :
MORELLI & BROWN, L.L.P., LEEDS &         :
MORELLI, LEEDS, MORELLI & BROWN,         :   04 Civ. 8391 (DLC)
PRUDENTIAL SECURITIES, INC., PRUDENTIAL  :
FINANCIAL, INC., JEFFREY K. BROWN, and   :   ORDER
JOHN DOES, DISCRIMINATION ON WALL        :
STREET, INC. and DISCRIMINATION ON WALL  :
STREET MANHATTAN, INC., and JOHN DOES,   :
ESQS. 1-10 and JANE DOES, ESQS., 1-10 a  :
fictitious designation for presently     :
and unknown licensed attorneys,          :
professionals and/or unknown persons or  :
entities,                                :
                    Defendants.          :
                                         :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

DENISE COTE, District Judge:

    Defendants Prudential Securities, Inc. and Prudential Financial, Inc. (collectively "Prudential") filed a cross-motion to confirm the award issued in NASD Arbitration No. 06-00534. For the reasons discussed in the Opinion and Order dated November 19, 2007, it is hereby

    ORDERED that Prudential's cross-motion is granted.

SO ORDERED:

Dated:  New York, New York
        November 21, 2007

                              _____
                                    DENISE COTE
                              United States District Judge